UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LYLES,,

    Plaintiff,

v.

KEITH PAPENDICK, ET. AL,

    Defendant.

Case No. 19-10673
District Judge Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

_____/

**SCHEDULING ORDER**

1. The Court usually holds a preliminary pretrial conference as soon as a case is at issue. At the conference it briefly reviews the nature of the case and any problems likely to be encountered during pretrial, as well as likely motions to be filed.

2. A review of the pleadings in this case suggest that a preliminary pretrial conference is unnecessary and time limits for discovery and related matters can be set without the necessity of such a conference.

    Accordingly:

    a. Discovery and related matters as described in Fed.R.Civ.P. 16(b) shall be completed by 5/12/2021.

    b. Motions shall be filed by 7/12/2021.

**SO ORDERED.**

**Dated:  1/12/2021**

                                        **s/Kimberly G. Altman**
                                        **U.S. Magistrate Judge**