UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW LYLES, | Case No. 19-10673 |
| Plaintiff, | Laurie J. Michelson<br>United States District Judge |
| v. | |
| | Kimberly G. Altman |
| KEITH PAPENDICK, *et al*, | United States Magistrate Judge |
| Defendants. | |

| | |
|---|---|
| Andrew Lyles, #667516<br>Muskegon Correctional Facility<br>2400 S. Sheridan Drive<br>Muskegon, MI 49442<br>*Pro Se* Plaintiff | Department of Attorney General<br>MDOC Division<br>Allan J. Soros<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>P.O. Box 30217<br>Lansing, MI 48909<br>sorosa@michigan.gov |
| CHAPMAN LAW GROUP<br>Wedad Ibrahim<br>Attorney for Defendants Sharon Oliver,<br>M.D.; Keith Papendick, M.D.; Donna<br>Rohrs, N.P.; and Joshua Buskirk, P.A.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>wibrahim@chapmanlawgroup.com | |

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that, effective immediately, Plaintiff Andrew Lyles' new address is:

Andrew Lyles, #667516
Muskegon Correctional Facility
2400 S. Sheridan Drive
Muskegon, MI 49442


Date: 1-18-2021

*Andrew Lyles*
*Pro Se* Plaintiff

## CERTIFICATE OF SERVICE

I certify that on January 18, 2021, I mailed the foregoing paper by U.S. Postal Service to the following:

Allan J. Soros
Assistant Attorney General
Department of Attorney General MDOC Division
P.O. Box 30217
Lansing, MI 48909

Wedad Ibrahim
CHAPMAN LAW GROUP
1441 West Long Lake Rd., Suite 310
Troy, MI 48098

DATED: January 18, 2021

Nancy Lyles

Ms Nancy Lyles
7176 Pamela Dr
Ypsilanti, MI 48197-1773

METROPLEX MI 480
19 JAN 2021 PM 2 L

1-19-21

United States District Court
Eastern District
231 Lafayette Blvd
Detroit, Mi
48226

RECEIVED
FEB - 1 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-279426