19-10673

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. - ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
13 JAN 2021 PM 14 L

UNITED STATES POSTAGE

PITNEY BOWES
$ 000.50⁰
02 1P        JAN 12 2021
0000904564
MAILED FROM ZIP CODE 48060

RECEIVED
FEB 1 0 2021
By MCC Lapeer

Andrew Lyles
667516
Detroit Reentry Center
17600 Ryan Road
Detroit MI 48212

48212-115500

That
New
address here.
Thank you.

closed

Note to the sender

This address is no longer available

Reintroduction for good/prison closed in January 2021

Please send his address to:

This is where he transferred
as prisoner guest.
Sent this doc
Forward to from Ryan's address. Thank you very

Muskegon Correctional
Facility (MCF)
ATTENTION:
2400 S. Sheridan Drive
Muskegon, MI 49442

Mapeen

Woodland Center Correctional Facility
9036 East M-36
Whitmore Lake, MI  48189

METROPLEX MI 480

22 FEB 2021 PM 16 L

2/22/21

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

OFFICE OF THE CLERK

THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564

DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

48226-271839