UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LYLES,

    Plaintiff,

v.

KEITH PAPENDICK, ET. AL.,

    Defendants.

Case No. 19-10673
District Judge Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

_____/

## AMENDED SCHEDULING ORDER

| | |
|---|---|
| DISCOVERY CUTOFF | August 12, 2021 |
| DISPOSITIVE MOTION: | September 12, 2021 |
| JOINT FINAL PRETRIAL STATEMENTS: | TO BE SCHEDULED |
| TRIAL BRIEFS, MOTIONS IN LIMINE: | TO BE SCHEDULED |
| FINAL PRETRIAL CONFERENCE: | TO BE SCHEDULED |

TRIAL DATE TO BE SET AT TIME OF FINAL PRETRIAL CONFERENCE

**THERE WILL BE NO ADJOURNMENTS OF THESE DATES, OTHER THAN UPON MOTION SHOWING OF GOOD CAUSE.**

**IT IS SO ORDERED.**

DATED: April 20, 2021

s/Kimberly G. Altman
KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE