IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Andrew Lyles, #667516

    Plaintiff,

v.

Papendick et al

    Defendants,

Case No.: 2:19-cv-10673
District Judge: Laurie J. Michelson
Magistrate Judge: Kimberly Altman

| | |
|---|---|
| LAURENCE H. MARGOLIS P.C.<br>Ian Cross (P83367)<br>Attorney for Plaintiff<br>214 S. Main St., Suite 200<br>Ann Arbor, MI 48104<br>(734) 994-9590<br>ian@lawinannarbor.com<br><br>Michigan Dept. of Attorney General<br>Jennifer A. Foster (P75947)<br>Attorney for MDOC Defendants<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>fosterj15@michigan.gov | CHAPMAN LAW GROUP<br>Madeline Young (P82140)<br>Attorneys for Sharon Oliver, M.D.<br>and Keith Papendick, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>myoung@chapmanlawgroup.com |

## **STIPULATED ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES 60 DAYS**

This matter having come before the Court based upon the stipulation of the parties, and the court being fully advised in the premises;

It is hereby **ORDERED** that, due to the additional time needed to complete discovery, the parties hereby stipulate to:

An extension of discovery through October 11, 2021; and

An extension of dispositive motion deadlines through November 11, 2021.

Date: 7/29/2021              s/Kimberly G. Altman
          HON. KIMBERLY G. ALTMAN
          United States District Court Magistrate

Stipulated to by:

*/s/ Ian Cross* (w/ permission)      */s/ Madeline R. Young*
Ian Cross (P83367)         Madeline Young (P82140)
Attorney for Plaintiff        Attorney for Corizon
Defendants

*/s/ Jennifer Foster* (w/ permission)
Jennifer A. Foster (P75947)
Attorney for the MDOC Defendants