# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Andrew Lyles, #667516

    Plaintiff,

v.

Papendick et al

    Defendants,

Case No.: 2:19-cv-10673
District Judge: Laurie J. Michelson
Magistrate Judge: Kimberly Altman

| | |
|---|---|
| LAURENCE H. MARGOLIS P.C.<br>Ian Cross (P83367)<br>Attorney for Plaintiff<br>214 S. Main St., Suite 200<br>Ann Arbor, MI 48104<br>(734) 994-9590<br>ian@lawinannarbor.com<br><br>Michigan Dept. of Attorney General<br>Jennifer A. Foster (P75947)<br>Attorney for MDOC Defendants<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>fosterj15@michigan.gov | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)<br>Devlin K. Scarber (P64532)<br>Attorneys for Sharon Oliver, M.D. and Keith Papendick, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com |

**DEFENDANTS SHARON OLIVER, M.D. AND KEITH PAPENDICK, M.D.'S MOTION FOR SUMMARY JUDGMENT**

EXHIBIT F    Plaintiff's Response to Defs. Request for Admission 5/31/21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANDREW LYLES, #667515,

    Plaintiff,

v

KEITH PAPENDICK, M.D., *et al.*,

    Defendants.

Case No. 2:19-cv-10673

HON. LAURIE J. MICHELSON

MAG. KIMBERLY G. ALTMAN

---

Ian T. Cross (P83367)
Laurence H. Margolis (P69635)
Attorney for Plaintiff
214 S. Main St., Ste 200
Ann Arbor, MI 48104
(734) 994-9590
ian@lawinannarbor.com
larry@lawinannarbor.com

Madeline Young (P82140)
Chapman Law Group
Attorneys for Oliver and Papendick
1441 W. Long Lake Rd., Ste 310
Troy, MI 48098
(248) 644-6326
myoung@chapmanlawgroup.com

Jennifer A. Foster (P75947)
Assistant Attorney General
Attorney for MDOC Defendant Deer
Michigan Dept of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
fosterj15@michigan.gov

---

**PLAINTIFF'S RESPONSE TO DEFENDANTS SHARON OLIVER AND KEITH PAPENDICK'S SECOND DISCOVERY REQUESTS TO PLAINTIFF**

## REQUEST FOR ADMISSION

**1.** Please admit that your claims at issue are related only to the care provided between October 2016 and August 2017.

**RESPONSE: Plaintiff admits that his claims against the remaining named Defendants are related to their acts and omissions between October 2016 and August 2017, inclusive.**

**In further response, Plaintiff states that while the acts and omissions which form the basis of his claims occurred from October 2016 to August 2017, his damages resulting from those acts and omissions continue to the present day and are not limited to pain and suffering he experienced during that time period.**

## INTERROGATORY

**1.** Regarding your Answer to Requests for Admission No. 1, please identify the exact date range upon which your claims are based if your response to Request to Admit No. 1 was a denial.

**RESPONSE: As drafted, no response is required. But to the extent that a response is required, October 1, 2016 to August 31, 2017.**

Dated: 5/31/2021

*/s/ Ian T. Cross*
Ian T. Cross (P83367)
Laurence H. Margolis (P69635)
Attorneys for Plaintiff
214 S. Main St. Ste. 200
Ann Arbor, MI 48104
(734) 994-9590
ian@lawinannarbor.com
larry@lawinannarbor.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2021, I served the above document on all attorneys of record in the above-captioned case via email.

/s/ *Ian T. Cross*
Ian T. Cross (P83367)
Attorney for Plaintiff
214 S. Main St. Ste. 200
Ann Arbor, MI 48104
(734) 994-9590
ian@lawinannarbor.com

3