## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Andrew Lyles, #667516

    Plaintiff,

v.

Papendick et al

    Defendants,

Case No.: 2:19-cv-10673
District Judge: Laurie J. Michelson
Magistrate Judge: Kimberly Altman

| | |
|---|---|
| LAURENCE H. MARGOLIS P.C.<br>Ian Cross (P83367)<br>Attorney for Plaintiff<br>214 S. Main St., Suite 200<br>Ann Arbor, MI 48104<br>(734) 994-9590<br>ian@lawinannarbor.com<br><br>Michigan Dept. of Attorney General<br>Jennifer A. Foster (P75947)<br>Attorney for MDOC Defendants<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>fosterj15@michigan.gov | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Devlin K. Scarber (P64532)<br>Attorneys for Sharon Oliver, M.D.<br>and Keith Papendick, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com |

## DEFENDANTS SHARON OLIVER, M.D. AND KEITH PAPENDICK, M.D.'S MOTION FOR SUMMARY JUDGMENT

EXHIBIT G        Affidavit of Michael Duffy, M.D., F.A.C.G.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Andrew Lyles, #667516

        Plaintiff,

v.

Papendick et al

        Defendants,

Case No.: 2:19-cv-10673
District Judge: Laurie J. Michelson
Magistrate Judge: Kimberly Altman

| | |
|---|---|
| LAURENCE H. MARGOLIS P.C.<br>Ian Cross (P83367)<br>Attorney for Plaintiff<br>214 S. Main St., Suite 200<br>Ann Arbor, MI 48104<br>(734) 994-9590<br>ian@lawinannarbor.com<br><br>Michigan Dept. of Attorney General<br>Jennifer A. Foster (P75947)<br>Attorney for MDOC Defendants<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>fosterj15@michigan.gov | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Devlin Scarber (P64532)<br>Attorneys for Sharon Oliver, M.D.<br>and Keith Papendick, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com |

## AFFIDAVIT OF MICHAEL CHARLES DUFFY, M.D., F.A.C.G.

STATE OF MICHIGAN )
             ) SS
COUNTY OF OaKland )

    I, Michael Duffy, M.D., F.A.C.G., being first duly sworn, deposes and states:

1. My name is Dr. Michael Duffy, M.D. I have been board certified in internal medicine since 1978 with a subspecialty board certification in gastroenterology since 1981.

2. I have been a licensed physician for over forty-seven (47) years, having obtained licenses in Louisiana, Connecticut, and Michigan. I have been an attending physician at Beaumont Hospital since 1988. I presently work in Beaumont Hospital's Division of Gastroenterology-Hepatology, and I also see patients in my private gastroenterology medical practice. I have been an associate clinical professor of medicine at Oakland University William Beaumont Hospital School of Medicine since 2010. A copy of my curriculum vitae is attached.

3. I have extensive experience with the medical conditions involved in Mr. Andrew Lyles' care and/or those alleged in the plaintiff's Complaint, including but not limited to ulcerative colitis, lower abdominal pain, diarrhea, colonoscopies, fecal occult blood tests (FOBTs), rectal bleeding, constipation, and the care, treatment, and causes associated with said conditions.

4. I have been provided with, and have reviewed, the Complaint and medical records pertaining to the plaintiff, Andrew Lyles.

5. Based upon the medical records, I believe that appropriate treatment was instituted by Dr. Papendick and Dr. Oliver for Mr. Lyles' complaints and symptoms, which were reported in November 2016. In my opinion, the

2

defendants appropriately evaluated his symptoms, properly investigated his symptoms, prescribed the appropriate courses of treatment, including treating him for constipation, ordering medications, x-rays, and FOBTs, and investigating more common causes for his symptoms prior to ordering a colonoscopy.

6. The assessment, diagnoses, and treatment of Mr. Lyles' complaints and symptoms involved the exercise of medical judgment by the defendants, Dr. Papendick and Dr. Oliver. In my opinion, based upon the facts and evidence surrounding Mr. Lyles' medical course, Dr. Papendick and Dr. Oliver both exercised proper medical judgment at all times during their involvement in Mr. Lyles' care.

7. Ultimately, Mr. Lyles was hospitalized from August 3, 2017 to August 16, 2017 and was diagnosed with severe ulcerative colitis.

8. Mr. Lyles' initial symptoms were nonspecific, did not fit a single diagnostic, did not suggest ulcerative colitis, and were common with other medical conditions. A diagnosis of ulcerative colitis is often a difficult diagnosis to make, and it takes time before such a diagnosis is made. In this case, Mr. Lyles' initial course of treatment from 2017 to 2018 by Dr. Papendick and Dr. Oliver was appropriate.

9. In my opinion, Mr. Lyles' medical course that occurred prior to him ultimately being diagnosed with ulcerative colitis does not constitute any unreasonable delay and is justified by the nature of his presenting symptoms, including some

3

symptoms which improved. The time frame in which Mr. Lyles was diagnosed with ulcerative colitis did not have any major impact on the ultimate course of his disease. He was ultimately treated with Infliximab and Balsalazide and seemed to respond. He eventually was switched from Infliximab to Humira, but because of continued colitis refractory to medical treatment, he failed treatment and ultimately underwent a total abdominal colectomy in December of 2019.

10. I do not agree with the argument that an earlier diagnosis should have been made. More likely than not, and within a reasonable degree of medical certainty, any earlier diagnosis and treatment in 2017 would not have prevented Mr. Lyles' ultimate need for surgery. A certain percentage of patients with ulcerative colitis will require surgery despite our advances in medical therapy.

11. Any alleged delay in diagnosis and treatment did not increase Mr. Lyles' risk for colon cancer. Ulcerative colitis is a chronic condition of unknown cause characterized by periods of remission and exacerbation. There is no known means to prevent the onset of this disease.

12. Mr. Lyles did not suffer any medical damages from any alleged actions or inactions by Dr. Papendick or Dr. Oliver.

13. The statements made in this affidavit are true and accurate to the best of my current knowledge, information, and belief.

4

Dated: _____11 – 9 –__, 2021          _____
                                          Michael Duffy, M.D., F.A.C.G.

Subscribed and sworn to before me this
__9th__ day of __November_____ 2021.

Helga Brown
_____
_____Helga Brown_____, Notary Public
County of ___Oakland_____
Acting in ___Oakland_____
My Commission Expires: __12-28-2022__

5

## <u>CURRICULUM VITAE</u>

**MICHAEL CHARLES DUFFY, M.D., F.A.C.G.**

**Business Addresses:**   Gastrointestinal Specialists PC
          264 West Maple Road
          Suite 200
          Troy, Michigan 48084
          248-273-9930
          FAX 248-273-9931
          email:  mduffymd@comcast.net

          Division of Gastroenterology-Hepatology
          William Beaumont Hospital
          3535  West 13 Mile Road
          Royal Oak, MI  48073
          248-551-1227
          Email:  mduffy@beaumont.edu

**Education:**   1967-1971  Stanford University  Stanford, CA
            B.A. Biology June 1971

       1971-1972  Baylor College of Medicine
            Houston, TX

       1973-1974  Louisiana State University School of Medicine
            New Orleans, LA
            M.D.  June 1974

**Postgraduate Training:**

      1974-1975  Intern-Medicine
            Louisiana State University School of Medicine
            Charity Hospital, New Orleans, LA

      1976-1977  Resident-Internal Medicine
            University of Connecticut School of Medicine
            Farmington, CT

| 1977-1978 | Chief Resident-Internal Medicine<br>University of Connecticut School of Medicine<br>Farmington, CT |
|---|---|
| 1978-1980 | Fellowship - Gastroenterology<br>University of Connecticut School of Medicine<br>Farmington, CT |
| 1980-1982 | Fellowship - Hepatology (NIH Trainee)<br>Liver Study Unit<br>Yale University School of Medicine<br>New Haven, CT<br>      Mentor- Dr. James Boyer |

**Academic Appointments:**

| 1982-1985 | Assistant Professor of Medicine<br>Division of Gastroenterology<br>University of Connecticut School of Medicine<br>Farmington, CT |
|---|---|
| 1986-1987 | Assistant Clinical Professor of Medicine<br>Division of Gastroenterology<br>University of Connecticut School of Medicine<br>Farmington, CT |
| 1992-2009 | Assistant Clinical Professor of Medicine<br>Wayne State University School of Medicine<br>Detroit, MI |
| 2009- | Clinical Professor of Medicine<br>Wayne State University School of Medicine<br>Detroit, MI |
| 2009-2010 | Assistant Clinical Professor of Medicine<br>Oakland University William Beaumont School of Medicine |
| 2010- | Associate Clinical Professor of Medicine<br>Oakland University William Beaumont School of Medicine |

**Practice:**    1975-1976    Medical Director, Model Cities Health Clinic,
New Orleans, LA

|  | 1985-1987 | Private Practice-Gastroenterology<br>Hartford, CT |
|---|---|---|
|  | 1988- | Private Practice-Gastroenterology<br>Michigan |

| Honors: | 1981 | Yale University Gastroenterology Research Award |
|---|---|---|
|  | 1994 | Top Doctor List - Detroit Monthly |
|  | 1996 | Top Doctor List - Detroit Monthly |
|  | 1996 | Top Doctor List - Detroit Free Press |
|  | 1998 | Best Doctor List - Detroit Free Press |
|  | 1999 | Best Doctors of America - 1999 |
|  | 2000 | Hour Magazine - Top Doctor |
|  | 2001 | Hour Magazine – Top Doctor |
|  | 2002 | Hour Magazine - Top Doctor |
|  | 2003 | Hour Magazine – Top Doctor |
|  | 2003 | Best Doctors of America 2003-2004 |
|  | 2004 | Hour Magazine – Top Doctor |
|  | 2005 | Hour Magazine – Top Doctor |
|  | 2005 | Best Doctors of America 2005-2006 |
|  | 2006 | Hour Magazine – Top Doctor |
|  | 2007 | Best Doctors of America 2007 |
|  | 2007 | Hour Magazine – Top Doctor |
|  | 2008 | Best Doctor's List 2008 -  Vital Magazine- Free Press |
|  | 2008 | Hour Magazine – Top Doctor |
|  | 2009 | Best Doctors for Women – StyleLine Magazine |
|  | 2009 | Hour Magazine – Top Doctor |
|  | 2009 | Best Doctors of America 2009-2010 |
|  | 2010 | Who's Who in America |
|  | 2010 | Best Doctors for Women- StyleLine Magazine |
|  | 2010 | Best Doctors in America 2010-2011 |
|  | 2010 | Hour Magazine – Top Doctor |
|  | 2011 | Hour Magazine – Top Doctor |
|  | 2011 | Best Doctors in America 2011-2012 |
|  | 2012 | StyleLine Magazine – Best Doctor list |
|  | 2012 | Hour Magazine – Top Doctor |
|  | 2013 | Hour Magazine- Top Doctor |
|  | 2013 | Castle Connolly – Best Doctor List |
|  | 2014 | StyleLine Magazine – Top Doctor |
|  | 2014 | Castle Connolly – Best Doctor List |
|  | 2015 | Hour Magazine – Top Doctor- Detroit |
|  | 2015 | Castle Connolly- Best Doctor List |
|  | 2015 | Best Doctors in America 2015-2016 |

| 2016 | Castle Connolly – Best Doctor List |
|------|-------------------------------------|
| 2016 | Hour Magazine – Top Doctor – Detroit |
| 2017 | Castle Connolly- Best Doctor List |
| 2017 | Hour Magazine – Top Doctor Award |
| 2017 | Best Doctors in America 2017-2018 |
| 2018 | Castle Connolly – Best Doctor List |
| 2018 | Hour Magazine – Top Doctor Award |
| 2019 | Castle Connolly – Best Doctor List |
| 2019 | Hour Magazine – Top Doctor Award |
| 2019 | Best Doctors in America 2019-2020 |
| 2020 | Caste Connolly – Best Doctor List |
| 2020 | Hour Magazine – Top Doctor Award |

**Hospital Affiliations:**

| 1982-1987 | Attending Physician<br>John Dempsey Hospital<br>Farmington, CT |
|-----------|------------------------------------------------------------------|
| 1985-1987 | Attending Physician<br>St. Francis Hospital<br>Hartford, CT |
| 1982-1987 | Consulting Physician<br>Newington VA Hospital<br>Newington, CT |
| 1988-1990 | Consulting Physician<br>Crittenton Hospital<br>Rochester, MI |
| 1988-1992 | Consulting Physician<br>St. Joseph's Hospital<br>Pontiac, MI |
| 1988- | Attending Physician<br>William Beaumont Hospital<br>Royal Oak, MI |

**Certification:**

| 1974 | FLEX |
|------|------|
| 1978 | Diplomat, American Board of Internal Medicine,  Certificate No. 67635 |
| 1981 | Subspecialty Board Certification Gastroenterology |

**Medical Licensure:**          1974   Louisiana                (No. 12703)
                                1978   Connecticut              (No. 20528)
                                1987   Michigan                 (No. 053212)

**Professional Societies:**

American College of Gastroenterology (Fellow)

**Offices Held:**

Board of Directors, Connecticut State GI Society     1986-1987
Board of Directors, Michigan Society GI Endoscopy   1989-1996
Secretary, Detroit GI Society                        1991-1992
Vice-President, Detroit GI Society                    1992-1993
President, Detroit GI Society                         1993-1994
Board of Directors – Crohn's & Colitis Foundation of America
Michigan Chapter                                     1996-2000
                                                     2003- 2010

**Committees:**          1977-1978   Intern Selection Committee
                                     University of Connecticut School of Med

                         1985-1986   Medical School Council
                                     University of Connecticut School of Med

                         1985-1986   Postgraduate Medical Education Committee
                                     University of Connecticut School of Med

                         1986-1987   Executive Committee
                                     Gastroenterology Section
                                     Connecticut State Medical Society

                         1986-1987   Medical Audit Committee
                                     St. Francis Hospital, Hartford, CT

                         1988-1990   Biliary Lithotripsy Committee
                                     William Beaumont Hospital

                         1989-2001   Pharmacy and Therapeutics Committee
                                     William Beaumont Hospital

|  |  |
|---|---|
| 1989-1990 | Resident Research Committee<br>William Beaumont Hospital |
| 1990-1995 | Endoscopy Committee<br>William Beaumont Hospital |
| 1992-1997 | Advisory Committee<br>Department of Medicine<br>William Beaumont Hospital |

**Hospital Positions:**

| | |
|---|---|
| 1990-1991 | Assistant Director<br>Endoscopy Unit<br>William Beaumont Hospital |
| 1991-1995 | Director<br>Endoscopy Unit<br>William Beaumont Hospital |
| 1990-2006 | Program Director<br>Gastroenterology Fellowship<br>William Beaumont Hospital |
| 2004-2006 | Chief   (Interim)<br>Division  of Gastroenterology-Hepatology<br>William Beaumont Hospital |
| 2007- | Associate Program Director<br>Gastroenterology Fellowship<br>William Beaumont Hospital |

**Ad Hoc Reviewer:**
(Journals)

Viewpoints on Digestive Diseases
Hepatology
Gastroenterology
American Journal of Physiology

**Ad Hoc Reviewer:**
(Grants)

Connecticut Research Foundation

**National Presentations**

Direct Determination of the Driving Forces for Taurocholate Uptake in Rat Liver Plasma Membrane Vesicles.  American Association for the Study of Liver Diseases.  Chicago, IL November 1982.

Effect of Ursodeocycholic Acid Treatment in Patients with Chronic Acalculous Cholecystitis.  Bile Acids: 1993.  University of Minnesota.  Desert Springs, CA March 1993.

Effect of Ursodeoxycholic Acid Treatment in Patients with Chronic Acalculous Cholecystitis.  Poster Presentation.  American Gastroenterology Association National Meeting.  Boston, MA.  May 1993.

Prevalence of Helicobacter Pylori Antibodies in Endoscopy Personnel.  D. Kahlon, G. Nahaas, R. Barnes, M. Zervos, and M. Duffy.   American College of Gastroenterology Annual Meeting.  New York City.  October 4, 1993.

Congenital Hepatic Fibrosis: An Unusual Cause of Portal Hypertension in a Renal Transplant Patient.  VP Kodali, GW Kulesza, SC Gordon, MC Duffy.   American College of Gastroenterology Annual Meeting.  New York City.  October 4, 1993.

Erythromycin-induced Primary Biliary Cirrhosis.  DA Lazarczyk, MC Duffy.  Poster Presentation.  American College of Gastroenterology Annual Meeting.  Boston, MA.  October 12, 1998.

The Presentation of Primary Sclerosing Cholangitis in a Non-Tertiary Setting.  BT Gietzen, MC Duffy, SC Gordon.  Poster Presentation.  American College of Gastroenterology Annual Meeting.  Boston, MA.  October 13, 1998.

Upper Gastrointestinal Hemorrhage:  Outcomes of Medical vs Surgical vs Gastroenterological Admission.  D Lazarczyk, MC Duffy, M. Balasubramaniam.  Poster Presentation.  American Gastroenterological Association Annual Meeting.  Orlando, FL.  May 17, 1999.

Sarcoidosis Presenting with Dysphagia:  Diagnosis Confirmed with Endosonography Guided Fine Needle Aspiration (EUS-FNA).  Review of the Literature.  L.H. Jamil, G. Ghaith, G. Kulesza, M. Duffy.  Poster Presentation.  American College of Gastroenterology.  Honolulu, HI.  October 30,  2005

Endoscopic Management of Upper Gastrointestinal Hemorrhage Following Laparoscopic Roux-en-y Gastric Bypass.  L. Jamil, C Jackson, K. Krause, D. Chengelis and M. Duffy.  Oral Presentation.  American Gastroenterological Association Annual Meeting.  May 2006.  Los Angeles, CA.

Atorvastatin Decreases Seo Index in Patients with Short Duration of Disease in Ulcerative Colitis: A Randomized Placebo-Controlled Clinical Trial.  P Higgins, M Duffy, E. Zimmerman.  Oral Presentation.  American Gastroenterological Association Annual Meeting.  May 2006.  Los Angeles, CA.

Primary Hepatic Carcinoid Tumor.  L. Jamil, M. Duffy.  Poster Presentation.  American Society of  Gastroenterology, October 2006.  Las Vegas, NV.

Prevalence of Hepatitis C Among Arab and Chaldean Americans in Southeast Michigan.  L.H. Jamil, M.C. Duffy, M. Fakhouri, E. Barkho, R. Khoury, H. Fakhouri, H. Jamil.  Poster presentation.  American Gastroenterology Association Annual Meeting.  May 2007, Washington, DC

Refractory Peptic Ulcer Disease:  A Rare Presentation of Annular Pancreas.  LH Jamil, MC Duffy, MS Cappell.  Poster presentation.  American College of Gastroenterology.  October 2007.  Philadelphia, PA.

Endometriosis:  A rare cause of rectal bleeding.  S Fox, MC Duffy.  Poster presentation.  American College of Gastroenterology.  October 2007. Philadelphia, PA.

Clostridium difficile Infection: Not Only for Colon Anymore!  A Konda, L Jamil, M Duffy.  Poster Presentation.  American College of Gastroenterology.  October 2008.  Orlando, FL.

Collateral Damage Following Selective Internal Radiation Therapy (SIRT) for Hepatic Tumors.  A Konda, M Duffy, M Savin.  Poster presentation.  American College of Gastroenterology.  October, 2008, Orlando, FL.

Non-Anesthesiologist Supervised Sedation in a Free Standing Ambulatory Endoscopy Center- A model for cost  saving.  N. Gorrepati, M Cannon, M Duffy, A Patel.  Poster presentation.  American College of Gastroenterology.  October 2009.  San Diego, CA.

Utility of Repeated Abdominal CT In Patients With An Initially Negative CT Scan Presenting to ER With Non-Traumatic Abdominal Pain.  Borko Nojkov, Mitchell Cappell, Michael Duffy.  Poster Presentation.  Digestive Disease Week.  May 2011.  Chicago, IL.

Utility of Repeated Abdominal CT in Patients with An Initially Negative CT Scan.  Borko Nojkov, Mitchell Cappell, Michael Duffy.  Oral Presentation.  American College of Gastroenterology, October 2011.  Washington, D.C.

**Regional Presentations**

Differential Diagnosis of Hyperamylasemia.  Current Controversies in Gastrointestinal Disease.  Postgraduate Course.  University of Connecticut School of Medicine.  March 1979.

Disorders of Gastric Motility.  Medical Grand Rounds.  Charlotte Hungerford Hospital, Torrington, CT 1982.

Reflux Esophagitis:  Medical Management.  Medical Grand Rounds.  Bridgeport Hospital, Bridgeport, CT  1982.

Chronic Hepatitis--Update.  Medical Grand Rounds.  Johnson Memorial Hospital. Stafford Springs, CT  1982.

Mechanisms of Bile Secretion and Cholestasis.  GI Grand Rounds.  Hartford Hospital, 1982.

Update on Peptic Ulcer Disease.  Medical Grand Rounds.  Lawrence and Memorial Hospitals,  New London, CT  November 1983.

Estrogens and the Liver. Medical Grand Rounds,  University of Connecticut School of Medicine.  1983.

Non A-Non B Hepatitis.  Update on Liver Disease.  Postgraduate Course.  Yale University School of Medicine.  Mohunk Mountain, New York.  March 1984.

Management of Acute, Severe Gastrointestinal Hemorrhage.  Medical-Surgical Grand Rounds.  St. Francis Hospital,  Hartford, CT  1984.

Hepatitis B Infection.  Pediatric Grand Rounds, Waterbury Hospital, Waterbury, CT 1985.

Laser Endoscopy.  Medical Grand Rounds.  University of Connecticut School of Medicine.  May 1985.

Laser Endoscopy.  Medical Grand Rounds.  St. Francis Hospital.  Hartford, CT  Nov. 1985.

Fulminant Hepatitis.  Medical Grand Rounds.  Mt. Sinai Hospital, Hartford, CT  Jan. 1986.

Therapeutic Endoscopy.  American College of Physicians Postgraduate Course. University of Connecticut School of Medicine.  Warren, VT Feb. 3-7, 1986.

Esophageal Cancer.  Otolaryngology Grand Rounds.  University of Connecticut School of Medicine.  Nov. 1986.

Management of Bowel Problems in Multiple Sclerosis.  National Multiple Sclerosis Society, Connecticut River Valley Chapter.  Elmwood, CT  Nov. 8. 1986.

Ischemic Bowel Disease.  Medical Grand Rounds.  St. Francis Hospital.  Hartford, CT  Nov. 12, 1987.

Endoscopic Laser Therapy.  Medical Grand Rounds.  William Beaumont Hospital.  Royal Oak, MI  May 1988.

Biliary Lithotripsy.  Medical Grand Rounds.  William Beaumont Hospital, Royal Oak, MI  Dec. 1988.

Medical Therapy of Gallstones.  Surgical Grand Rounds.  Allen Park VA Medical Center, Allen Park, MI  Nov. 1989.

Nonsurgical Therapy of Gallstones.  Postgraduate Education Symposium.  Flint Osteopathic Hospital.  Flint, MI  Feb. 14, 1990.

Endoscopic Biliary Stents.  Medical-Surgical Grand Rounds.  William Beaumont Hospital.  Royal Oak, MI  July 1990.

Therapy for Gallstones--New Approaches.  Program Moderator.  American College of Physicians Regional Meeting,  Traverse City, MI  Sept. 1990.

Celiac Sprue and Lymphoma.  CPC.  Department of Medicine.  William Beaumont Hospital.  March 1991.

Chronic Acalculous Cholecystitis.  Medical Grand Rounds.  William Beaumont Hospital, Royal Oak, MI  May 1991.

Chronic Acalculous Cholecystitis.  Surgical Grand Rounds.  Allen Park VA Medical Center, Allen Park, MI  June 1991.

Management of Peptic Ulcer Disease.  Postgraduate Education Course.  Crittenton Hospital,  Boyne Highlands, MI  June 1991.

Reflux esophagitis;  Viral hepatitis-Update.  Michigan Family Practice Review Course.  Providence Hospital.  May 1992.

Endoscopic Pathology of the Rectosigmoid Colon.  Flexible Sigmoidoscopy Course.  Annual Meeting.  Michigan State Medical Society.  Dearborn, MI  November 1992.

Recent Advances in the Drug Therapy of Inflammatory Bowel Disease.  Department of Colorectal Surgery.  William Beaumont Hospital.  January 1993.

Effect of Ursodeoxycholic Acid Treatment on Chronic Acalculous Cholecystitis.  Midwest GUT Club Annual Meeting,  Pittsburgh, PA March 1993.

Medical Management of Inflammatory Bowel Diseases.  OHEP Statewide Annual Family Practice Review Course, Providence Hospital, Southfield MI      May 14, 1993.

Medical Management of Inflammatory Bowel Diseases.  OHEP Annual Internal Medicine Board Review Course.  Northfield Hilton.  Troy, MI  May 20, 1993.

Helicobacter Pylori--Current Perspectives.  Crittenton Hospital Annual Staff Meeting.  Gaylord, MI.  July 1993.

Evaluation of Chronic Diarrhea.  Holy Cross Hospital GI Symposium.  August 31, 1994.

Crohn's Disease-Medical Management.  Medical Grand Rounds.  St. John's Hospital.  Grosse Pointe, MI  Nov. 18, 1994.

Tuberculous Enteritis.  CPC.  William Beaumont Hospital.  September 1996.

Carcinoma of the Rectum- Update for Physicians.  Panelist-- Role of Endoscopic Laser Therapy. William Beaumont Hospital.  October 16, 1996

Moderator:  Lower GI Topics.  American College of Gastroenterology Regional Postgraduate Course.  Ypsilanti, MI  June 1997.

Moderator:  Malignancy and Inflammatory Bowel Disease.  Mackinaw Island GI Symposium.  September 22-23, 1997.

Geriatric Grand Rounds:  William Beaumont Hospital.  Chronic Cholestatic Syndromes.  February 4, 1999

Helicobacter Pylori-Update.  Holy Cross Hospital Gastroenterology Symposium.  Aug. 25, 1999

Medical Malpractice – GI Nursing Perspective -  Michigan Society Gastroenterology Nursing Association,  Sept. 11, 2004

Surgical Grand Rounds – William Beaumont Hospital:  Autoimmune Pancreatitis  March 8, 2005.

Medical Grand Rounds – William Beaumont Hospital:  Autoimmune Pancreatitis.  December 6, 2006

Medical Conference – Bon Secours Hospital, St. Clair, MI.  Inflammatory Bowel Disease and Colon Cancer.  September 13, 2007.

Michigan State Medical Society – Annual Meeting- Troy Michigan.  Medical Malpractice in Gastroenterology – Pitfalls and Pearls.  October 23, 2008.

Medical Management of Crohn's Disease for the Colorectal Surgeon.  Colorectal Surgery Grand Rounds – William Beaumont Hospital, Nov 2, 2009

Medicolegal Topics - Gastroenterology.  Michigan Society Gastroenterology Nursing Association.  March 13, 2010

Radiofrequency Ablation for Barrett's Esophagus.  Medical Grand Rounds.  William Beaumont Hospital.  Nov. 24, 2010.

Inflammatory Bowel Disease and Colon Cancer.  William Beaumont Hospital sponsored symposium.  Early Detection and Prevention of Gastrointestinal Cancer:  How Screening Can Save Lives.  June 17, 1011.  Birmingham, MI.

Role of ERCP in Suspected Choledocholithiasis.  Surgical Grand Rounds- William Beaumont Hospital, Royal Oak.  July 16, 2012.

Malpractice and the SGNA.  Regional SGNA Fall Meeting.  Troy, Michigan.  Sept. 15, 2012.

Inflammatory Bowel Disease for the Primary Care Physician.  William Beaumont Hospital Primary Care Conference -  Troy Michigan, September 2013.


## Grant Support
### (Principal Investigator)

1981-1982    "Comparison of the Mechanisms of Bile Acid Uptake" Regional Advisory Grant, Veterans Administration Hospital $ 25,000.

1984-1985    "Entintidine in Short Term Healing of Duodenal Ulcer" Ortho Pharmaceuticals.        $ 30,000.

1984-1985    "Chemosensory Abnormalities and Zinc Metabolism in Alcoholic Cirrhotics."  University of Connecticut Research Foundation.  $ 15,000.

1990-1992    "Ursodeoxycholic Acid in the Treatment of Patients with Chronic Acalculous Cholecystitis."  William Beaumont Hospital Research Foundation.  $ 39,000

1991-1992      "Helicobacter Antibodies in Health Care Personnel."
               William Beaumont Hospital Research Foundation. $5,000.

1992-1993      "Zileuton in Acute and Chronic Treatment of Ulcerative Colitis"  Abbott
               Pharmaceuticals.  $ 20,000

1993-1995      "Intron A in the Treatment of Chronic Hepatitis C Patients with
                    Normal Liver Function Tests" (Co-investigator)  Schering
               Pharmaceuticals  $ 12,000

**Thesis Advisor:**        Mohamed Gumie.     M.D. Thesis.
                           Role of Hepatitis B Viral Infection in Endemic
                           Hepatosplenomegaly in Egypt.  1984.
                           Zagazig University School of Medicine.
                           Zagazig, Egypt.

**Lecturer:**    1982-1987    University of Connecticut School of Medicine
                             2nd Yr. Class.  Bile Secretion, Hepatitis,Liver
                                   Function, Gallstones

                 1982-1986    Postgraduate Course.  University of Connecticut
                                   School of Medicine.Viral Hepatitis, Non A-
                                   Non B Hepatitis, Therapeutic Endoscopy

                 1991-1993    Wayne State University School of Medicine
                             2nd Yr. Class.  Abdominal Examination.
                                   Liver  Diseases
                             3rd Yr. Class.  Management of UGI Hemorrhage
                                   Management of Liver Diseases

                 2012-        Oakland-Beaumont School of Medicine
                             2nd yr class -  Ischemic colitis, diverticulosis, IBS

## PUBLICATIONS

### ARTICLES

1.  Mucosal Invasion of Campylobacter Enteritis.  MC Duffy, JB Benson, SJ Rubin.
    Am. J. Clin. Path.  73: 706-708, 1980.

2.  Direct Determination of the Driving Forces for Taurocholate Uptake into Rat Liver Plasma Membrane Vesicles.  MC Duffy, BL Blitzer, JL Boyer.  J. Clin. Invest.  72: 1470-1481, 1983.

3.  WICAT Systems Videodisk Training Program.  Aspirin Gastritis and Reflux Esophagitis.  Smith, Kline, and French.  Interactive Videodisk program.  MC Duffy and J Freston.  1985.

4.  Pathophysiology of Intrahepatic Cholestasis and Biliary Obstruction.  MC Duffy, JL Boyer.  (Chapter) In Bile Pigments and Jaundice:  Molecular, Metabolic, and Medical Aspects.  JD Ostrow, Ed. Marcel Dekker, New York, 1986. p. 333-372.

5.  Activation of Blood Coagulation in Crohn's Disease.  Increased Plasma Fibrinopeptide A Levels and Enhanced Generation of Monocyte Tissue Factor Activity.  RL Edwards, JB Levine, R Green, MC Duffy, E Matthews, W Brande, FR Rickles.  Gastroenterology 92: 329-337, 1987.

6.  Severe Ulceration and Delayed Perforation of the Esophagus After Endoscopic Variceal Sclerotherapy.  BR Bacon, DS Camara, MC Duffy.  Gastrointestinal Endoscopy. 33: 311-315, 1987.

7.  Chronic Cholestasis.  MC Duffy.  (Chapter) In Current Therapy in Gastroenterology and Liver Diseases-3.  TM Bayless, Ed.  BC Decker, Inc., Philadelphia.  1990.  p. 485-488.

8.  Diagnosis and Treatment of Gastritis.  (Chapter).  R Barnes and MC Duffy.  In Gastritis.  R. Kozol, Ed. CRC Press 1992. p. 183-202.

9.  Spontaneous Reactivation of Chronic Hepatitis B Virus Infection Leading to Fulminant Hepatic Failure.  RA Meyer, MC Duffy.  J. Clinical Gastro. 17: 231-4, 1993.

10.  Gastritis.  Michael Duffy and Brian Swansiger.  In Conn's Current Therapy. Robert E. Rakel, Ed.  WB Saunders Co., Philadelphia, PA  p. 485-487, 1997.

11.  Erythromycin-Induced Primary Biliary Cirrhosis.  D Lazarczyk, MC Duffy.  Dig. Dis. Sci. 2000.

12.  Endoscopic Management of Early Upper Gastrointestinal Hemorrhage Following Roux-en-y Gastric Bypass.  LH Jamil, K Krause, D Chengelis, R Jury, C Jackson, M Cannon and MC Duffy.  American Journal of Gastroenterology 103:86-91, 2008

13.  Inflammatory Bowel Disease and Other High Risk Conditions for Colon Cancer. (Chapter) – GI Clinics of North America.  March 2008.  Vol 37, No. 1, 191-231.  A Konda and MC Duffy.

14.  Radiation microsphere–induced GI ulcers after selective internal radiation therapy for hepatic tumors: an under recognized clinical entity.  Amulya Konda, MD, Michael A. Savin, MD, Mitchell S. Cappell, MD, PhD, Michael C. Duffy, MD, FACG  Gastrointestinal Endoscopy 70: 561-567, 2009.

15.  Utility of Repeated Abdominal CT Scans After Prior Negative CT scans in Patients Presenting to ER with Nontraumatic Abdominal Pain.  Borko Nojkov, MD, Michael C. Duffy, MD, Mitchell S. Cappell, MD, PhD.  Digestive Disease and Sciences 58: 1074-1083, 2013.

16.  Prevalence of Anti-Hepatitis C Antibody Among Arab & Chaldean Americans in Southeast Michigan, USA".  LH Jamil, MC Duffy.  *Ethnicity & Disease*. Accepted for publication 2013.

17.  Colonic Endometriosis Presenting as a Sigmoid Stricture Requiring Laparoscopic Colonic Surgery for Diagnosis and Treatment.  Borko Nojkov, Michael C Duffy, Mitual Amin, Mitchell S. Cappell.  Dig. Dis. Sci. 58: 3368-3373, 2013

**ABSTRACTS**

1.  Changes in Coagulation Activation as Measured by Plasma FPA Following Therapy in Patients with Crohn's Disease.  MC Duffy, M Cronlund, JB Levine. Gastroenterology 76: 1126, 1979.

2.  Effect of Acute and Chronic Hyperglycemia on Glucose Influx Across the Brush Border Membrane of the Rat Intestine In Vivo.  MC Duffy, RL Scheig, JJ Hajjar. Gastroenterology 78: 1160, 1980.

3.  Direct Determination of the Driving Forces for Taurocholate Uptake Into Liver Plasma Membrane Vesicles.  MC Duffy, BL Blitzer, JL Boyer.  Hepatology 1: 507, 1981.

4.  Isolation of Purified Canalicular Plasma Membranes in High Yield from Rat Liver. PJ Meier, MC Duffy, JL Boyer.  Hepatology 2: 737, 1982.

5.  Hepatitis B Infection and Liver Histopathology in Egyptian Hepatosplenic Schistosomiasis.  M Gumie, F Forouhar, O El Haig, MC Duffy.  Hepatology Sept-Oct. 1985.

6.  Spontaneous Reactivation of Hepatitis B Virus Leading to Fulminant Hepatic Failure.  R Meyer, M Duffy.  Am. J. Gastro. 1990.

7.  Celiac Disease Presenting as Iron Deficiency Anemia.  GW Kulesza, TJ Alexander, MC Duffy.  Am. J. Gastro. 1992.

8.  Helicobacter Pylori Antibodies in Endoscopy Personnel. RE Barnes, DS Kahlon, GT Nahhas, MA Zervos, MC Duffy.  Am. J. Gastro. 1992.

9.  Effect of Ursodeoxycholic Acid Treatment in Patients with Chronic Acalculous Cholecystitis.  J Puccio, S Patel, D Fink-Bennett, D Mezwa, J Long, MC Duffy.  Gastroenterology  May 1993.

10. Helicobacter Pylori Antibodies in Endoscopy Personnel. DS Kahlon, RE Barnes, GT Nahaas, MA Zervos, MC Duffy.   American Journal of Gastroenterology 88:1510, 1993.

11.  Congenital Hepatic Fibrosis:  An Unusual Cause of Portal Hypertension in a Renal Transplant Patient.  VP Kodali, GW Kulesza, SC Gordon, MC Duffy.   American Journal of Gastroenterology 88:1617, 1993.

12.  Cholangiocarcinoma Arising in the Setting of Unsuspected Primary Sclerosing Cholangitis with Normal Alkaline Phosphatase.  JS Sekhon, MC Duffy, SG Gordon.  American Journal of Gastroenterology.  91: 2039, 1996.

13.  Erythromycin-induced Primary Biliary Cirrhosis.  DA Lazarczyk, MC Duffy.  American Journal of Gastroenterology 93: 1674, 1998.

14. The Presentation of Primary Sclerosing Cholangitis in a Non-Tertiary Setting.  BT Gietzen, MC Duffy, SC Gordon.  American Journal of Gastroenterology  93:     , 1998.

15.  Upper Gastrointestinal Hemorrhage:  Outcomes of Medical vs Surgical vs Gastroenterological Admission.  D Lazarczyk, MC Duffy,  M.  Balasubramaniam.  Gastroenterology 116: A74, 1999.

16.  Endoscopic Management of Upper Gastrointestinal Hemorrhage Following Laparoscopic Roux-en-y Gastric Bypass. L. Jamil, C Jackson, K. Krause, D. Chengelis and M. Duffy. Gastroenterology 130:  .  April 2006.

17.  Atorvastatin Decreases Seo Index in Patients with Short Duration of Disease in Ulcerative Colitis: A Randomized Placebo-Controlled Clinical Trial.  P Higgins, M Duffy, E. Zimmerman.  Oral Presentation.  American Gastroenterological Association Annual  Meeting.  <u>Gastroenterology</u> 130:  2006.

18. Prevalence of Hepatitis C Among Arab and Chaldean Americans in Southeast Michigan.  LH Jamil, MC Duffy, M Fakhouri, E. Barkho, R. Khoury, H Fakhouri, H Jamil.  <u>Gastroenterology</u>  132: A345, 2007.

19.  Refractory Peptic Ulcer Disease:  A Rare Presentation of Annular Pancreas.  LH Jamil, MC Duffy, MS Cappell.  <u>American J Gastro</u>. 102: S418, 2007.

20.  Endometriosis:  A rare cause of rectal bleeding.  S Fox, MC Duffy.  <u>American J. Gastro</u>. 102:S305, 2007

21.  C. difficile Enteritis in Ileostomy Patients: Report of Three Cases and Review of the Literature.  LH Jamil, A Konda, L Dieterle, K Tazi, G Polidori, MC  Duffy.  <u>American J Gastro.</u> 102: S369, 2007.

22.  Clostridium diffcile Infection:  Not Only for Colon Anymore!  A Konda, L Jamil, M Duffy.  <u>American J. Gastro.</u> 103: S96, 2008.

23.  Collateral Damage Following Selective Internal Radiation Therapy (SIRT) for Hepatic Tumors.  A Konda, M Duffy, M Savin.  <u>American J. Gastro.</u> 103: S481, 2008.

24. Utility of Repeated Abdominal CT In Patients With An Initially Negative CT Scan Presenting to ER With Non-Traumatic Abdominal Pain.  Borko Nojkov, Mitchell Cappell, Michael Duffy.  <u>Gastroenterology.</u>  May 2011.

25. Utility of Repeated Abdominal CT In Patients With An Initially Negative CT Scan.  Borko Nojkov, Mitchell Cappell, Michael Duffy.   <u>American Journal of Gastroenterology</u>, October 2011.