**MICHIGAN DEPARTMENT OF CORRECTIONS
CONSULTATION**

**SITE:  LCF**
**COMPLETED BY:  Kaelynn R. Pfeil      (01/29/2018 2:56 PM) 01/30/2018 9:09 AM**

**Patient: Andrew  Lyles**                     **ID#:  667516**          **DOB: 02/11/1988**

Telemedicine                                                     Reference #: 98362
Routine                                                           Date of Request:  01/29/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Consult to further evaluate anemia, thrombocytosis and leukocytosis (3 weeks)

**Specialty Service Requested:** Oncology

**Provider:** Dr. Kosierowski
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**

| | |
|---|---|
| Colitis, ulcerative | 556 |
| Anemias, iron deficiency | 280 |
| Diarrhea | 787.91 |

**Signs & Symptoms:**                                        **Date of Onset:**
29 Y/O AA male with PmHx significant for severe ulcerative colitis has persistent anemia, leukocytosis and thrombocytosis. Hemoglobin 11.9 g/dL, platelet count 338 and WBC 9.13 Jan 2018. Labs collected 11-29-17 revealed hemoglobin 9.1 g/dL, platelet count 444 and WBC 10.60. Review of CBCs since July 2017 have been abnormal. Iron is consistenly <20. Patient on ferrous sulfate 325 mg BID with no improvement in the anemia. Patient revieved iron sucrose in 100 mL of normal saline every 3 days for a

**Lab & Xray Data**
total of 5 doses with mild improvement in the anemia and no imporovement in iron. Patient reports 1 month history of diarrhea which has decreased from 12 stools/day to 1-4 stools per day. Denies fevers, sweats, chills, cough, shortness of breath, chest pain, abdominal pain or blood in stool. NKDA. WT 199.4, temp 97.7, blood pressure 138/69, pulse 72 and respiratory rate 16. Brief physical exam reveals pale-appearing AA male in no acute distress. Sclera anicteric. No thyromegaly. Lungs clear to

**Failed Outpatient Therapies:**
auscultation. Heart with regular rate and rhythm. Abdominal exam reveals  bowel sounds in all 4 quadrants. Normal percussion. Non-tender and no organomegaly.

NAME: Lyles, Andrew C
NUMBER:  667516
D.O.B.:  02/11/1988

Page 1

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  LCF**
**COMPLETED BY:  Kaelynn R. Pfeil        (01/29/2018 2:56 PM) 01/30/2018 9:09 AM**

**Enrolled in Chronic Care Clinic(s)?** Yes

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 11/13/2017 | 11/13/2018 | dexamethasone 10 mg/mL injection solution | DWH ER PRE INFUSION MED    4 MGS IV X 1 |
| 11/13/2017 | 11/13/2018 | diphenhydramine 50 mg/mL injection solution | DWH ER PRE INFUSION MED 50 MG IV X 1. REPEAT PRN X 1 |
| 12/08/2017 | 03/06/2018 | Calcium Antacid 200 mg calcium (500 mg) chewable tablet | Chew 1-2 TID PRN |
| 12/08/2017 | 03/06/2018 | Colazal 750 mg capsule | 3 tablets three times a day |
| 12/08/2017 | 03/06/2018 | ferrous sulfate 325 mg (65 mg iron) tablet | 1 tab po BID |
| 12/08/2017 | 03/06/2018 | Inflectra 100 mg intravenous solution | 5 mg per kg body WT given IV  every 8 weeks at DWH. Last dose 11-13-17. ePA REM-0588 ACMO approved 18 Oct 2017 (keep refrigerated) |
| 12/08/2017 | 03/06/2018 | Juven 7 gram-7 gram-1.5 gram oral powder packet | one package orally twice daily ACMO approved 9/28/17  RML |
| 12/08/2017 | 03/06/2018 | Protonix 40 mg tablet,delayed release | Take 1 by mouth once daily |
| 01/06/2018 | 04/04/2018 | Pain Relief Regular Strength 325 mg tablet | 2 BID prn |
| 01/09/2018 | 03/06/2018 | Vitamin B-12 1,000 mcg/mL injection solution | Inject IM weekly for 4 weeks Nurse to inject |
| 01/29/2018 | 03/27/2018 | prednisone 10 mg tablet | 3 QD KOP (after this, titrate SLOW) |

**Site Medical Provider:** Margaret Ouellette PA            01/29/2018

---

**(For UM use only)**

**Criteria Source:  M & R          Interqual          Other**
**Criteria met:  Yes   X      No          Deferred**

**Reviewer comments:**  Hematology/oncology  consult with Dr. Kosierowski via TM

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**

NAME: Lyles, Andrew C
NUMBER:  667516
D.O.B.: 02/11/1988

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**CONSULTATION**

**SITE:  LCF**
**COMPLETED BY:  Kaelynn R. Pfeil        (01/29/2018 2:56 PM) 01/30/2018 9:09 AM**
**Reviewer Name:   Papendick, Keith, MD**

**Date Reviewed:  01/30/2018**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME: Lyles, Andrew C
NUMBER:  667516
D.O.B.: 02/11/1988

Page 3

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

PATIENT:                    Andrew Lyles
DATE OF BIRTH:              02/11/1988
DATE:                      03/06/2018 11:48 AM
VISIT TYPE:                Provider Visit-scheduled

---

**Chief Complaint/Reason for visit:**

This 30 year old male presents with telemed with dr. kos.

**History of Present Illness**

**1. Telemed with Dr. Kos**

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Inflectra | 100 Mg | 1 | 5 mg per kg body WT given IV every 8 weeks at DWH. Last dose 11-13-17. ePA REM-0588 ACMO approved 18 Oct 2017 (keep refrigerated) |
| Calcium Antacid | 200 Mg Calcium (500 Mg) | | 150 Chew 1-2 TID PRN |
| Cyanocobalamin Injection | 1,000 Mcg/ml | 4 | Inject IM weekly for 4 weeks Nurse to inject |
| Juven | 7 Gram-7 Gram-1.5 Gram | | 60 one package orally twice daily ACMO approved 9/28/17 RML |
| Colazal | 750 Mg | 270 | 3 tablets three times a day |
| Ferrous Sulfate | 325 Mg (65 Mg Iron) | | 60 1 tab po BID |
| Prednisone | 10 Mg | 90 | 3 QD KOP (after this, titrate SLOW) |
| Pain Relief | 325 Mg | 90 | 2 BID prn |
| Dexamethasone Sodium Phosphate | 10 Mg/ml | 0 | DWH ER PRE INFUSION MED 4 MGS IV X 1 |
| Diphenhydramine Hcl | 50 Mg/ml | 0 | DWH ER PRE INFUSION MED 50 MG IV X 1. REPEAT PRN X 1 |

**Allergies**

No known allergies.

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 03/06/2018 | 11:54 AM | | 198.0 | 98.2 | 123/74 | 70 | 18 | 97 | |

Lyles, Andrew

667516

02/11/1988

1/{#_OF_PAGES}

03/06/2018   11:26 AM          198.4   98.2    123/74  70      18      97

FiO2    PeakFlow    Pain Score    Comments                                Measured By
                                                                          Ravi D. Yarid, DO
                                                                          Christine M. Pigg, RN

## Physical Exam

## Assessment/ Plan

**Anemia** (285.9)

Plan comments:  See progress note.  Discussed labs and med change.  Pt understands.

## Medications stopped this visit

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 03/01/2018 | 03/06/2018 | Protonix | 40 Mg | Take 1 by mouth once daily |

## Office Services

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 03/16/2018 | | Chart Review/Update : For Ouellette - telemed with lab orders on 3/6/18.  needs assessed for possible tele med f/u | | |

## Lab Studies

| Status Comments | Lab Code | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | PHS8 | BMP/Chem7 | | 03/09/2018 |
| ordered | CBC2 | CBC with Differential, Platelets | | 03/09/2018 |
| ordered | FERI | FERRITIN | | 03/09/2018 |
| ordered | SP3 | HEPATITIS PANEL | | 03/09/2018 |
| ordered | SIRON/TIBC | Iron and TIBC | | 03/09/2018 |

**Document generated by: Ravi D. Yarid, DO 03/06/2018 11:58 AM**

Lyles, Andrew
667516
02/11/1988

2/{#_OF_PAGES}

Page 5

MICHIGAN DEPARTMENT OF CORRECTIONS
BUREAU OF HEALTH CARE SERVICES
**MDOC INPATIENT NURSING TREATMENT RECORD**

PATIENT: Lyles, Andrew , 667516
DOB: 02/11/1988
DATE: 09/06/2017 10:16 PM
TIME:  10:17
CURRENT USER: Mariah Q. Palmer, RCA
LOCATION: DWH

**HYGIENE:**

Pt. capable of selfcare.    Pt. requires shower/bath assistance.

**ELIMINATION/GASTROINTESTINAL:**

Patient has no problems.

**SAFETY:**

Call light is withing reach. Bed is in the low position. Siderails on the bed are up.

**Vital Signs:**

| VitalSignsDate | VitalSignsTime | Temp Deg F | Respiration Rate | Bp Display | Wt Lb Graph | Pulse Rate |
|---|---|---|---|---|---|---|
| 09/06/2017 | 10:16 PM | 98.2 | 17 | 119/66 | 134.0 | 104 |
| 09/06/2017 | 6:40 AM | 98.2 | 18 | 100/62 | | 92 |

**Wound Care:**

| Date | Time | User | Location | Size (cm) | Detail |
|---|---|---|---|---|---|
| 08/25/2017 | 12:12 PM | Kristin M. Damon, RN | right buttock | 4 L x 3 W x 11 D | Unchanged. Drainage confined by dressing. Surrounding tissue soft with tunneling. Pain scale 4. Dressing wet to dry dressing. |
| 05/31/2017 | 1:02 PM | Curtina S. Jones, RN | right thigh | | Healing. Exudate serous. Drainage confined by dressing. Surrounding tissue soft with no tunneling. Pain scale 3. Compliant with antibiotic. Dressing dry sterile. |
| 05/30/2017 | 3:36 PM | Curtina S. Jones, RN | right thigh | | Healing. Exudate serous. Drainage confined by dressing. Surrounding tissue soft with no tunneling. Pain scale 2. Compliant with antibiotic. Dressing dry sterile. |
| 05/29/2017 | 9:40 AM | Carla L. Gross, RN | right leg ( mid thigh | | Healing. Exudate serous. Drainage confined by dressing. Surrounding tissue soft with no tunneling. Pain scale 3. Compliant with antibiotic. Dressing dry sterile. |
| 05/28/2017 | 4:01 PM | Susan G. Smith | right leg | | Healing. Exudate serous. Drainage confined by dressing. Surrounding tissue soft with no tunneling. Compliant with antibiotic. Dressing topical with sterile. |
| 05/26/2017 | 10:31 AM | Cheri L. Bordeau RN | right mid thigh | 2.5 L x 2.0 W x 0.25 D | Healing. |

Name: Lyles, Andrew
ID: 667516
DOB: 02/11/1988

DUANE L. WATERS HEALTH CENTER
3857 COOPER STREET
JACKSON, MI  49201


HISTORY AND PHYSICAL

DATE OF ADMISSION:  8/16/2017
DATE OF DICTATION:  8/17/2017
PATIENT NAME AND NUMBER:  Lyles, Andrew 667516

ATTENDING PHYSICIAN:  William Michels, DO #30229

REFERRING FACILITY:  SRF

CHIEF COMPLAINT:  Abdominal pain, diarrhea, poor appetite and weight loss.

HISTORY OF PRESENT ILLNESS:  This patient is a 29-year-old African-American male.  The patient is a transfer from McLaren Hospital with a chief complaint of abdominal pain and diarrhea.  He also complains of poor appetite and weight loss of approximately 60 pounds over the last eight months.

MEDICAL HISTORY:  Ulcerative colitis which was a recent diagnosis.

SURGICAL HISTORY:  Negative other than recent colonoscopy.

SOCIAL HISTORY:  Quit tobacco in 2005.  Negative for alcohol and drugs.

FAMILY HISTORY:  Noncontributory.

MEDICATIONS:
1.      Hyoscyamine 0.125 q.i.d.
2.      Prednisone 40 daily.
3.      Infliximab 360 mcg IV piggyback q. 14 days.
4.      Nystatin swish and swallow 5 cc q.i.d.
5.      MS Contin 60 b.i.d.
6.      MSIR 15 mg q. 3 hours prn.
7.      Loperamide 2 mg q. 4 hours prn.
8.      Colazal 2,250 mg t.i.d.

PHYSICAL EXAMINATION:  Vital signs are stable.  Blood pressure 105/70, heart rate 71, respirations 16 and temperature 97.6.


Lyles, Andrew  #  667516
DOB: 02/11/1988

HEENT:  Normocephalic.  Pupils approximately 3 mm, equal and reactive to light.  Tongue and uvula are midline. Teeth are in fair repair.

Neck:  Supple.  No cervical or supraclavicular lymphadenopathy in the anterior or posterior chains.

Heart:  Regular rate and rhythm without S3, S4 or murmur.

Lungs:  Clear to auscultation bilaterally without any rales, wheezes or crackles.

Abdomen:  Mildly protuberant, diffusely tender.  There are no masses, guarding or rebound.  No hepatosplenomegaly appreciated.

Extremities: No edema.  There is good capillary refill.  Good pedal and posterior tibial pulses.  No clubbing or cyanosis noted.

Neurologic:  He is awake, alert and oriented x three without any focal neurologic deficits.  Cranial nerves II-XII are grossly intact.  Deep tendon reflexes not checked.  Muscle strength is 5+/5 bilaterally.

LABORATORY/DIAGNOSTIC STUDIES:  CAT scan from McLaren Hospital shows initially the patient had pancolonic edema consistent with ulcerative colitis with a 9 mm bowel wall edema, which decreased to 3 mm at the time of discharge.  Ultrasound of the abdomen was negative.  Pertinent laboratory studies showed a white blood cell count of 13.7 on 8/16 with normal electrolytes, creatinine 0.73, SGOT 11, SGPT 9 and alkaline phosphatase 50.

ASSESSMENT:
1.      Ulcerative colitis.
2.      Protein calorie malnutrition.
3.      Resolving oral thrush.

PLAN:
1.      Continue the patient's current medications and wean the prednisone as tolerated.
2.      Place the patient on a low-residue diet with protein supplement drinks.  Dietary to evaluate and make recommendations.
3.      Set follow-up with gastroenterology and surgery, as per the discharge recommendations from McLaren.
4.      Monitor the patient closely for signs or symptoms of infection and perforation.
5.      Start to on gastrointestinal prophylaxis.
6.      Code:  Full.
7.      Prognosis:  Guarded and the patient is aware.
8.      The patient will be discharged back to his previous facility when he is medically stable.

_____
William Michels, DO #30229

Lyles, Andrew  #  667516
DOB: 02/11/1988

Page 8

# MICHIGAN DEPARTMENT OF CORRECTIONS-BUREAU OF HEALTH CARE SERVICES

PATIENT:            Lyles, Andrew
DATE OF BIRTH:      02/11/1988
DATE:          08/16/2017 9:25 AM

## INPATIENT CASE MANAGEMENT NOTE:

### Daily Inpatient Clinical Note(s) from McLaren Greater Lansing - FKA Ingham Regional Medical Center

8/14/17: fax rec'd from CM: still working on pain control. Now on PO Cipro and Flagyl. Started on Nystatin swich and swallow. continuing: NS IV 125/hr, MS Contin, Solumedrol, Morphine IVP prn. VSS. labs: NA-132, CHL-96, CO2-33, CA-7.9, ALB-1.8, AST-9, ALT-9
8/13/17: Pain is slightly better today. No blood inhis BM's. Still with significant diarrhea. Eathing some and holding food down. WBC up today, NA is down, will give 1 L NS IV.
8/12/17: still painful. No blood in diarrhea. No vomiting. Trying to eat. GI following. PLAN: bump in WBC's d/t steroids. Continue current dosing. continue ABX./cew.rn

Document generated by: Nikkida S. Price, 08/16/2017 9:25 AM

Lyles, Andrew

667516
1/ {#_OF_PAGES}

lesions.

**Respiratory:**

Lungs clear to auscultation.  There is no cough.

**Cardiovascular:**

Rate and Rhythm:  Heart rate is tachycardic.  Rhythm is regular.

See also extremities. No edema is present.

**Abdomen:**

No CVA tenderness.

Auscultation characterized by hyperactive bowel sounds.

Anterior palpation reveals tenderness, generalized.

 There is no guarding. Positive for rebound.

**Rectum:**

Comments: Pt declines the digital rectal exam.

Rectal Exam Declined.

**Extremities:**

No edema is present.

**Assessment/ Plan**

**Colitis, ulcerative** (556)

Plan comments:  His abdominal exam has progressed. His vitals have worsened since he was treated with IV fluids at 1 pm.

At this time, pt will be sent to the ER for additional evaluation.

**Office Services**

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 08/02/2017 | Patient was reassured | |
| completed | 08/02/2017 | Patient education provided and patient voiced understanding | |

**Document generated by: Joshua A. Buskirk, PA 08/02/2017 6:33 PM**

Lyles, Andrew

667516

02/11/1988

2/{#_OF_PAGES}

**MICHIGAN DEPARTMENT OF CORRECTIONS**

**NURSE PROTOCOL**

**SITE:** SRF
**COMPLETED BY:** Cheri L. Bordeau RN       08/02/2017 12:46 PM

**Patient Name:** Andrew Lyles
**DOB:** 02/11/1988
**ID#:** 667516

**Patient presenting with chief complaint(s)of: Gastrointestinal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|-----|-------|-----------|-----------|
| 08/02/2017 | 12:46 PM | 97.1 | 86 | | 18 | | 131/79 | 97 | | 158.40 |

**EMERGENT/URGENT** _____

**Subjective:**
Description of incident/problem: "I am feeling weaker and am sweating more than I was earlier. I was walking down the hall and almost fell because my legs got weak."

**Objective:**
Primary Assessment
       Airway: Patent
       Profuse Bleeding: NA

Secondary Assessment
       Skin Temperature
           Normal.  Moist.

Head to Toe Assessment
       Level of Response
           Awake.
       Cervical Spine
           No pain, tenderness, signs of injury.
       Scalp
           No pain, tenderness, signs of injury, bleeding.
       Eye and Pupils
           Pupils equal and reactive to light.
       Face, ears, nose, and mouth
           No pain, tenderness, signs of injury, bleeding.

NAME: Lyles, Andrew T
NUMBER:  667516
D.O.B.:  02/11/1988

**MICHIGAN DEPARTMENT OF CORRECTIONS**

**NURSE PROTOCOL**

**SITE:  SRF**
**COMPLETED BY:  Cheri L. Bordeau RN       08/02/2017 12:46 PM**

Chest/Lungs

Lungs CTA bilaterally.

Abdomen

Findings: LUQ, LLQ burning pain of 8

Pelvis/Lower Back

No pain, tenderness, signs of injury, bleeding.

Lower Extremities

No pain, tenderness, signs of injury, bleeding.

Upper Extremities

No pain, tenderness, signs of injury, bleeding.

Inmate brought to HC in a wheelchair. Vitals stable. Afebrile. Inmate sweating from head. No resp. dtistress noted. Mucous membranes moist. Capillary refill brisk < 3 sec.

**Immediate Interventions** Not indicated

Bleeding: NA

Oxygen: Not indicated.

Neck: NA

**Notifications**
**911/ambulance called**
911 Not indicated

**Physician**
Buskirk PA
Time call placed: onsite

**Other Documentation**
PA Buskirk notified of inmate complaint. Order received to start an IV and wait for labs. IV started at 1300. At 1330 T 100.1; BP 126/74; P 83; R 18; O2 sat 98%. STAT labs given to PA Buskirk.  AT 1355 IV discontinued with cath. intact. Inmate ambulated to bathroom with a slow steady gait. No c/o dizziness or lightheadedness. Vitals at 1355  BP 121/74;  P 79; R 18; O2 sat 98%. At 1430 Vitals: BP 129/86; P 94; T 99.1; R 18; O2 sat 97%. PA Buslkirk into talk with inmate. Inmate instructed we will call him over tomorrow for follow up. Inmate verbalized understanding of instructions and left healthcare.

NAME: Lyles, Andrew T
NUMBER:  667516
D.O.B.: 02/11/1988

# MICHIGAN DEPARTMENT OF CORRECTIONS

# NURSE PROTOCOL

**SITE:  SRF**
**COMPLETED BY:  Cheri L. Bordeau RN        08/02/2017 9:17 AM**

**Patient Name:** Andrew Lyles
**DOB:** 02/11/1988
**ID#:**  667516

**Patient presenting with chief complaint(s)of: Gastrointestinal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|-----|-------|-----------|-----------|
| 08/02/2017 | 9:21 AM | 101.8 | 126 | | 18 | | 124/74 | 99 | | 158.40 |

**EMERGENCY NURSING ABDOMINAL PAIN**

**Subjective:**

Onset sudden.  Severity is level 9.  Duration is > 1 hour.  Location is LUQ and LLQ.  The patient describes it as burning.  It occurs constantly.  The problem is worse.  Denies relieving factors.  Additional information: Has not recently traveled out of country. Does not have reptilian pets. Does not have well water.  Symptom is aggravated by food and water.

Comments:  "I haven't slept all night. The pain has been there since the 22nd. It just has gotten worse. I have to go to the bathroom every 5 to 10 minutes.(all yellow water). No vomitting, but nauseated.

**Objective:**
**Distress**          moderate
**Orientation**     alert
**Skin exam**       warm
                       dry
**Abdomen Exam**
        Auscultation Bowel sounds present.
        Palpation
                    localized tenderness      LLQ

Comments  Apical HR 130. Nail beds pink. Capillary refill brisk < 3 sec. Skin nontenting. BBS clear. No resp. distress noted. Grimacing noted on palpation of LUQ and LLQ.

**Assessment:  Abdominal pain**

**Plan:**
**Other Documentation**

NAME: Lyles, Andrew T
NUMBER:  667516
D.O.B.: 02/11/1988

## MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE:  SRF**
**COMPLETED BY:  Carla L. Gross, RN        07/31/2017 3:17 PM**

**Patient Name:** Andrew Lyles
**DOB:** 02/11/1988
**ID#:** 667516

**Patient presenting with chief complaint(s)of: Gastrointestinal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|-----|-------|-----------|-----------|
| 07/31/2017 | 3:18 PM | 97.1 | 55 | | 16 | | 136/81 | 97 | | 165.00 |

**ELIMINATION**

**Subjective:**
Date of Onset: 07/28/2017.
Previous history? Yes.
Previous treatment? Yes.
Nausea/vomiting? Yes.
Recent diet change? No.
Fever? No.
Abdominal pain/discomfort? Yes.

Comments
Prednisone (dose pack) started Friday  has not helped the pain.  Still having multiple loose/bloody stools.

**Objective:**
Mucous membranes moist? Yes.
Skin turgor? Yes.
Bowel sounds present? Yes.
Abdomen non-tender? No. Location: epigastric
Abdomen soft? Yes.
Urination normal not painful? Yes.

Comments
A&O x 3.   Gait WNL.  negative guarding.  VSS  afebrile.  Abd soft w/ epigastric tenderness.   FOBT (positive x 3)... Recent colonoscopy DX:  ulcerative colitis.  MP notified.

NAME: Lyles, Andrew T
NUMBER:  667516
D.O.B.: 02/11/1988

# MICHIGAN DEPARTMENT OF CORRECTIONS

# NURSE PROTOCOL

**SITE:  SRF**
**COMPLETED BY:  Carla L. Gross, RN        07/31/2017 3:17 PM**
**Assessment:**
Alteration in elimination. Alteration in comfort. Potential for fluid electrolyte deficiency.
Related to:
diarrhea,

**Document generated by:  Carla L. Gross, RN 07/31/2017 3:46 PM**
**Provider: Joshua A. Buskirk PA**

NAME: Lyles, Andrew T
NUMBER:  667516
D.O.B.: 02/11/1988

Page 15

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                      Andrew Lyles
DATE OF BIRTH:       02/11/1988
DATE:                    07/30/2017 9:45 PM
VISIT TYPE:           Health Assessment

**Chief Complaint/Reason for visit:**

This 29 year old male presents with lab specimen collection off site.

**History of Present Illness**

1. **Lab specimen collection off site**

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Colazal | 750 Mg | 270 | 3 tablets by mouth three times a day |

**Office Labs**

| Status | Ordered | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|---|
| completed | 07/30/2017 | | | FOBT | | see detail |

Date: 07/28/2017 positive. Date: 07/29/2017 positive. Date: 07/30/2017 positive.

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 07/31/2017 | | Chart Review/Update : Positive FOBT cards from 7/28-7/30 | | |

**Lab Studies**

| Status | Lab Code | Lab Study | Timeframe | Date Comments |
|---|---|---|---|---|
| completed | 82270 | FOBT | | |

**Document generated by: Anthony P. Shripka, LPN 07/30/2017 9:48 PM**

Lyles, Andrew

667516

02/11/1988

1/{#_OF_PAGES}

**MICHIGAN DEPARTMENT OF CORRECTIONS**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:              Andrew Lyles
DATE OF BIRTH:        02/11/1988
DATE:                 07/28/2017 2:56 PM
INMATE ID:            667516

## SOAP NOTE

**Subjective:**
Inmate complaints of having diarrhea for the last 6 days stating 20-30 times a day has went through 9 rolls of tissue. It started out brown then mustard yellow and red burgundy color now. He thinks it from some day old fish that he ate. Inmate state that his buttock is sore. He also complaints of mouth sore that are down further in his throat. .

**Objective:**
VSS, ambulated with steady gait. Inmate mouth assessed no visible sore seen at this time. Fecal occult blood stool cards given for further assessment of complaints of blood in stool.

**Plan:**
Dr. Oliver notifed new order for prednisone dose pack given and fecal occult stool cards given. Instructions given on how to take prednisone dose pack he verbalized understanding and sent back to unit.

**Provider: Joshua A. Buskirk PA**

**Document generated by: Curtina S. Jones, RN**

NAME:  Lyles, Andrew  T
D.O.B.:  02/11/1988
Inmate ID:  667516

## MICHIGAN DEPARTMENT OF CORRECTIONS

**Kite Response**

---

| | | | | |
|---|---|---|---|---|
| **Patient Name** | Andrew Lyles | | **Age** | 29 Years |
| **Date Received** | | | 07/26/2017 | |
| **Time Received** | 5:22 PM | | | |
| **Taken By** | Lindsey M. Six, RN | | | |
| **Date Initiated** | 07/25/2017 | | | |

---

### Action & Resolution

| Date | Time | User | Detail |
|---|---|---|---|
| 07/26/2017 | 5:23 PM | Lindsey M. Six, RN | Reason: " I am getting more sore in mu mouth and my throat. Gettting hard to eat. "  Call details: L 9-235 Comment You will be scheduled to be evaluated. |

Other

Reason: " I am getting more sore in mu mouth and my throat. Gettting hard to eat. ".

Details: L 9-235.

Comment: You will be scheduled to be evaluated..

Lyles, Andrew

667516

02/11/1988

1/3

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                Andrew Lyles
DATE OF BIRTH:      02/11/1988
DATE:                  07/11/2017 11:57 AM
VISIT TYPE:           Chart Update

**Chief Complaint/Reason for visit:**

This 29 year old male presents with chart review.

**History of Present Illness**

**1. Chart Review**

Additional comments:

Mesalamine deferred for balsalazide. Prescription written for three months then will re-evaluate.

**Physical Exam**

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 07/11/2017 | 10/11/2017 | Colazal 750 mg capsule | 3 tablets by mouth three times a day |

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 07/07/2017 | 07/11/2017 | Mesalamine | 400 Mg | Take 4 tablets three times a day |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 10/10/2017 | | MP F/U Routine : Proctitis, UC | | |

**Lab Studies**

Lyles, Andrew
667516
02/11/1988
1/{#_OF_PAGES}

# McLaren

## GREATER LANSING

401 W Greenlawn Ave.
Lansing, MI  48910

### OPERATIVE PROCEDURE REPORT - 06/21/2017

**PATIENT NAME:** Lyles, Andrew C.
**ENDOSCOPIST:** Radoslav Coleski, MD
**BIRTHDATE:**   02/11/1988

**ID:** 1147241
**GENDER:** Male
**ASSISTANT:** Steven Suckow, RN and Dennis Sunderlin, RN, CGRN
**H&P COLLECTED:** Yes

**ASSISTING PHYSICIAN:**

**PROCEDURE:**   1. Colonoscopy, diagnostic  2. Colonoscopy with biopsy
**INDICATIONS:**   1. rectal bleeding.

**MEDICATIONS:**   Per Anesthesia.

**DESCRIPTION OF PROCEDURE:**
After the risks benefits and alternatives of the procedure were thoroughly explained, Informed consent was obtained. Digital exam performed and revealed no abnormalities of the rectum.  The Olympus adult colonoscope CF-HQ190L SN 4249 endoscope was introduced through the anus and advanced to the cecum, which was identified by both the appendix and ileocecal valve.  The prep was fair.  The instrument was then slowly withdrawn as the colon was fully examined.



Page 20



COLON FINDINGS: The colonic mucosa appeared normal in the cecum, ascending, transverse and descending colon. Specimens were taken at the cecum, in the ascending colon, transverse colon, and descending colon.
Congested friable mucosa with exudate but no ulcerations was seen in the sigmoid colon and rectum. Separate biopsies were obtained.  Congested friable mucosa with exudate but no ulcerations was seen in the sigmoid colon and rectum. Separate biopsies were obtained. Retroflexed views revealed no abnormalities. A stool sample for C.diff was obtained. The scope was then completely withdrawn from the patient and the procedure terminated.

**ESTIMATED BLOOD LOSS:** None, unless noted.

**LIMITATIONS:** No adverse events experienced.

**COMPLICATIONS:** There were no complications.

**ENDOSCOPIC IMPRESSION:**
1. The colonic mucosa in the cecum, ascending colon and descending colon appeared normal. Specimens were taken. at the cecum, in the ascending colon, transverse colon, and descending colon.
2. Moderate active proctosigmoiditis. Separate biopsies were obtained.
3. Retroflexed views revealed no abnormalities
4. Fair prep

**RECOMMENDATION:**
1. Await pathology results, and result of C.Diff.
2. Resume medications
3. If stool sample negative for C.Diff, obtain stool studies.
4. If biopsy positive for ulcerative proctosigmoiditis treat with mesalamine enemas or oral mesalamine or both.

**REPEAT EXAM:** For repeat colonoscopy  at age 50.

*eSigned: Radoslav Coleski, MD 06/21/2017 10:51 AM*

**CC:** Saginaw Regional Facility,

Lyles, Andrew C.

# McLaren

## GREATER LANSING

401 W Greenlawn Ave.
Lansing, MI 48910

### ENDOSCOPY DEPARTMENT DISCHARGE INSTRUCTION

PATIENT:        Lyles, Andrew C.                          MRN:    1147241
ENDOSCOPIST:   Radoslav Coleski, MD

## YOU HAVE HAD THE FOLLOWING PROCEDURES PERFORMED TODAY:
**1. Colonoscopy, diagnostic**
**2. Colonoscopy with biopsy**

REPEAT PROCEDURE:  for repeat colonoscopy.  at age 50.

Instructions Given

Following sedation your judgement, perception and coordination are considered impaired for up to twenty four hours after leaving the surgery center.
- Do not drive or operate appliances or machinery that require quick reaction time.
- Do not sign legal documents or be involved in work decisions.
- Do not smoke or drink alcoholic beverages.
- Plan to spend the remainder of the day resting.

## PLEASE CALL YOUR PHYSICIAN IF YOU EXPERIENCE ANY OF THE FOLLOWING.
## IF UNABLE TO CONTACT YOUR PHYSICIAN PLEASE REPORT TO THE NEAREST EMERGENCY ROOM.

| *For Upper Endoscopy* | *For Colonoscopy/Sigmoidoscopy* |
|---|---|
| • Difficulty swallowing or breathing | • Severe abdominal pain |
| • Neck swelling | • Rectal bleeding more than 2 Tablespoons |
| • Excessive Pain | • Nausea or Vomiting |
| • Nausea, Vomiting, Fever more than 101 | • Fever more than 101 |

**OTHER INSTRUCTIONS:**        1. Await pathology results
                                2. Resume medications

*eSigned:  Radoslav Coleski, MD 06/21/2017 10:52 AM*





## Lab Order

# CLOSTRIDIUM DIFFICILE PCR

Andrew Lyles

---

**Final, Reviewed**
Diagnosis:
Ordered by Radoslav Coleski MD on 6/21/2017 (Routine)
Collected on 6/21/2017 12:44 PM
Reported on 6/21/2017 11:44 PM (MCLAREN LANSING)
Reviewed by Radoslav Coleski MD on 7/5/2017 1:17 AM

---

| Test Name | Result | Units | Normal Range | Status |
|---|---|---|---|---|
| C. difficile PCR | Negative | | Negative, Equivocal | Final, Reviewed |

Note:

Negative = No Toxigenic C.difficile detected
Equivocal = Test results are Equivocal due to interferring substances in
the specimen. Submission of another specimen is suggested.
This test was performed using amplification of target DNA using
loop-mediated amplification technology.
OUTPATIENT

---

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                    Andrew Lyles
DATE OF BIRTH:              02/11/1988
DATE:                       06/07/2017 5:25 PM
VISIT TYPE:                 Provider Visit-unscheduled

## Chief Complaint/Reason for visit:

This 29 year old male presents with ent.

## History of Present Illness

**1.  ENT - Recurrent Apthous Ulcers**

 Area(s) of concern include the oropharynx. The lesion(s) have been previously treated with peridex with lidocaine and antibiotics. The patient reports no prior history of skin cancer. The patient reports no prior non dermatologic malignancies. Risk factors do not include family history of skin cancer. The patient denies aggravating factors.  Symptoms are relieved by peridex and lidocaine. Associated symptoms include blistering, erythema, painful lesions and dysphagia. Additional Info: Inmate with recurrent lesions in oropharynx Recurred on 6/1/17. He's having difficulty swallowing. The lesions returned after he completed 3 days of peridex with lidocaine..

## Medications Active Prior to Today's Visit

| Drug Name | Dose | Qty | Description |
| --- | --- | --- | --- |
| Dulcolax | 5 Mg | 1 | Take 1 tablet at 12 noon day before procedure with 8 oz glass of clear liquid |
| Citrate Of Magnesia | | 1 | pt to drink 1 bottle @ 10 pm day before procedure only if stools are not running clear |
| Golytely | 236 Gram-22.74 Gram-6.74 Gram-5.86 Gram-2.97 Gram | 1bott | 6 pm night before procedure, drink one 8oz glass q15 minutes until half gone (8 glasses). Finish other half at 11 pm in same fashion |
| Tums | 300 Mg Calcium (750 Mg) | 150 | Take 1 by mouth 4 times a day as needed Kite for refills |

## Review of Systems

**HEENT:**

Positive for:

- Dysphagia.

- Odynophagia.

- Pharyngitis.  Frequency: bi-weekly.

Negative for eye discharge and vision loss.

Lyles, Andrew
667516
02/11/1988

1/{#_OF_PAGES}

Negative for ear drainage, hearing loss and nasal drainage.

ENMT
See History of Present Illness.

**Dermatologic:**
Positive for:
- Blistering.
- Erythema.
- Painful lesion.

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 06/07/2017 | 9:26 AM | | 173.8 | 97.5 | 121/72 | 75 | 14 | 98 | |

| FiO2 | PeakFlow | Pain Score | Comments | Measured By |
|------|----------|------------|----------|-------------|
| | | | | Cynthia M. Pawlaczyk, RN |

## Physical Exam

**Constitutional:** No apparent distress.  Well nourished and well developed.
**Nose / Mouth / Throat:**
External Nose: is unremarkable
Right Nares:  No discharge
Left Nares:  No discharge
Nasal Mucosa:  No mucosal abnormality
Lips/Teeth/Gums: Normal teeth and gums
Tongue: Normal tongue
Palate & Uvula: appear symmetric and normal
Oropharynx:   pustules, vesicles and erythema.
**Neck / Thyroid:**  Supple, without adenopathy, or enlarged thyroid.

## Assessment/ Plan

**Aphthae, oral** (528.2), Poor.
Plan comments:  Oral Apthae-poor. Resumed peridex and lidocaine. Requested ACMO approval for long term use.
Scheduled for syphilus, ANA, Sed Rate and CMP. Will continue to follow in CCC. Colonoscopy scheduled for 6/21/17.

## Medications ordered this visit

| Start Date | Stop Date | Medication Name | Sig Desc |
|------------|-----------|-----------------|----------|
| 06/07/2017 | 06/12/2017 | Peridex 0.12 % mouthwash | gargle 1 cc perixed with 1 cc triamcinolone and 1 cc viscous lidocaine TID for 5 days ACMO approved |
| 06/07/2017 | 06/12/2017 | Lidocaine Viscous 2 % mucosal solution | 1 cc TID with 1 cc peridex and 1 cc triamcinolone ACMO approved |
| 06/07/2017 | 06/12/2017 | Kenalog 40 mg/mL suspension for injection | 1 cc in peridex and viscous lidocaine TID for 5 |

Lyles, Andrew
667516
02/11/1988

2/{#_OF_PAGES}

Page 26

## MICHIGAN DEPARTMENT OF CORRECTIONS

**Kite Response**

---

| | | | |
|---|---|---|---|
| **Patient Name** | Andrew Lyles | **Age** | 29 Years |
| **Date Received** | | 06/06/2017 | |
| **Time Received** | | | |
| **Taken By** | Cynthia M. Pawlaczyk, RN | | |
| **Date Initiated** | 06/05/2017 | | |

---

### Action & Resolution

| Date | Time | User | Detail |
|---|---|---|---|
| 06/06/2017 | 8:03 PM | Cynthia M. Pawlaczyk, RN | Reason: "More sores in my throat,  can not eat.  (pre existing) |
| | | | Call details: L:  9-235 Comment You have been scheduled with nursing. |

### Other

Reason: "More sores in my throat,  can not eat.  (pre existing).

Details: L:  9-235.

Comment: You have been scheduled with nursing..

# MICHIGAN DEPARTMENT OF CORRECTIONS

# NURSE PROTOCOL

**SITE:  SRF**
**COMPLETED BY:  Kathleen M. Leffingwell, RN          05/23/2017 12:43 PM**

**Patient Name:** Andrew Lyles
**DOB:** 02/11/1988
**ID#:**  667516

**Patient presenting with chief complaint(s)of: Integumentary.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|-----|-------|-----------|-----------|
| 05/23/2017 | 12:44 PM | 98.5 | 67 | | 17 | | 116/64 | 96 | | 171.00 |

**ALTERATION IN SKIN INTEGRITY**

**Subjective:**
Affected body part? Right leg
How did it occur? unknown
When did it occur? 10 Days
Recent allergen exposure? no
Patient complains of: pain,

Fup - sores to the left leg.  "The sores are getting more shallow but maybe a little wider.  They are very tender and I have to use bandaids because clear fluid is leaking out".  "I am taking Bactrim DS two BID".

**Objective:**
Wound Location: right leg.

Date of last tetanus booster: 03/03/2009

VSS.  Afebrile.  Abscess/spots to the right upper leg are weeping with serous drainage, surrounding area is red and irritated.  Tender to touch.  Appt scheduled with MP for further evaluation.

**Assessment:**
Alteration in skin integrity.

**Document generated by:  Kathleen M. Leffingwell, RN 05/23/2017 12:56 PM**

NAME: Lyles, Andrew T
NUMBER:  667516
D.O.B.: 02/11/1988

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                    Andrew Lyles
DATE OF BIRTH:       02/11/1988
DATE:                      05/18/2017 5:59 PM
VISIT TYPE:           Provider Visit-unscheduled

## Chief Complaint/Reason for visit:

This 29 year old male presents with integumentary - multiple abcesses and gastrointestinal - rectal bleeding.

## History of Present Illness

**1.  Integumentary - Multiple Abcesses**

Area(s) of concern include the RLE and. The lesion(s) of concern is described as red color and Abcesses. The patient has not been previously treated. The patient reports no prior history of skin cancer. The patient reports no prior non dermatologic malignancies. Risk factors do not include family history of skin cancer. The patient denies aggravating factors. Associated symptoms include erythema, a purulent lesion discharge and painful lesions. Additional Info: Inmate noted pustules begain about 1 week ago How with three large ulcers on right thigh. 1 healing ulcer on right buttock, and 1 healing ulcer on right shoulder-deltoid. He denied any other new complaints..

**2.  Gastrointestinal - Rectal Bleeding**

Quality:  BRBPR w/ bowel movement.  Associated symptoms include bloating/distension and weight loss.  Pertinent negatives include abdominal pain, constipation, dysphagia, nausea, vomiting, anal itch, change in bowel habits, heartburn, loss of appetite, rectal pain, recent diarrhea, recent retching, rectal pain associated w/ bleeding or diarrhea.  Additional information: Inmate states he continues to fill the toilet with blood. We discussed his upcoming appointment for a colonoscopy in June. He denied any other associated complaints

## Medications Active Prior to Today's Visit

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Kenalog-40 | 40 Mg/ml | QS | 1 cc in peridex and viscous lidocaine TID for 5 days |
| Lidocaine Hcl Viscous ACMO approved | 2 % | QS | 1 cc TID with 1 cc peridex and 1 cc triamcinolone |
| Peridex | 0.12 % | QS | gargle 1 cc perixed with 1 cc triamcinolone and 1 cc viscous lidocaine TID for 5 days ACMO approved |
| Tums | 300 Mg Calcium (750 Mg) | | 150 Take 1 by mouth 4 times a day as needed Kite for refills |

## Review of Systems

**HEENT:**

Positive for:

- Mouth sores.

- Odynophagia.

ENMT
See Past Medical History.

**Respiratory:**

Negative for cough, dyspnea and wheezing.

**Cardiovascular:**

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**

Positive for:

- Rectal bleeding.

Negative for abdominal pain, change in bowel habits, constipation, diarrhea, heartburn, reflux and vomiting.

See History of Present Illness.

**Genitourinary:**

Negative for polyuria.

**Metabolic/Endocrine:**

Negative for cold intolerance, heat intolerance, polydipsia and polyphagia.

**Dermatologic:**

Positive for:

- Erythema.
- Lesion discharge.
- Painful lesion.
- Skin lesion.  Location: thigh & legs.  Side: right.  Aspect: lateral.  It is described as abscess.  Associated symptoms include pain and ulcer.  Number of lesions: 3.  Status: enlarging.

Negative for pruritus and rash.

See History of Present Illness.

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 05/18/2017 | 12:13 PM | 76.0 | 179.0 | 97.5 | 122/77 | 72 | 17 | 97 | |

| FiO2 | PeakFlow | Pain Score | Comments | Measured By |
|------|----------|------------|----------|-------------|
| | | | | Kathleen M. Leffingwell, |

**Physical Exam**

**Constitutional:**  No apparent distress.  Well nourished and well developed.

**Integumentary:**

General inspection reveals warm and dry,

Lyles, Andrew

667516

02/11/1988

2/{#_OF_PAGES}

First visible lesion: lesion(s) appear on Right, thigh, red in color. Shape is round.   The type of lesion is abscess.
Arrangement is grouped, and has a localized distribution. The status is worse.
Second visible lesion: lesion(s) appear on Right, buttocks, flesh in color. Shape is round. The type of lesion is ulcer(s).
Arrangement is isolated, and has a localized distribution. The status is improving.
Third visible lesion: lesion(s) appear on Right, shoulder, flesh in color. Shape is round. The type of lesion is abscess.
Arrangement is isolated, and has a localized distribution. The status is resolved.

**Assessment/ Plan**

**Cellulitis/abscess, leg** (682.6), Poor.

Plan comments:
Multiple Abcesses Right Thigh-poor. Started Bactrim DS. Scheduled for nursing review. Will continue to follow in CCC and as needed. He agrees to this plan and will kite if problems occur

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/18/2017 | 05/28/2017 | Bactrim DS 800 mg-160 mg tablet | take 2 twice a day |

**Office Services**

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 05/18/2017 | Continue current medication | |
| completed | 05/18/2017 | Reviewed medications | |
| completed | 05/18/2017 | Take new medication as prescribed | |
| completed | 05/18/2017 | Increase fluid intake | |
| completed | 05/18/2017 | Increase activity level | |
| completed | 05/18/2017 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 05/18/2017 | Patient was reassured | |
| completed | 05/18/2017 | Follow exercise program | |
| completed | 05/18/2017 | Patient education provided and patient voiced understanding | |

**Recurring Orders**

| Order | Frequency | Duration | End Date |
|---|---|---|---|
| Wound care-right thigh topical with sterile dressing | 1 x day | 7 Days | 05/26/2017 |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| completed | | Follow up if condition worsens or no improvement within 7 days | | | |
| 682.6 | | 05/18/2017 | | | |

**Document generated by: Sharon A. Oliver, MD 05/18/2017 6:12 PM**

Lyles, Andrew
667516
02/11/1988
3/{#_OF_PAGES}



# MICHIGAN DEPARTMENT OF CORRECTIONS

PATIENT:  Lyles, Andrew
LOCATION: SRF
PROVIDER: Sharon A. Oliver MD
CURRENT USER :Sharon A. Oliver, MD

## MEDICATION ORDERS

**NEW AND RENEWED MEDICATION ORDERS  05/18/2017 6:10 PM**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|------------|-----------|------------|------|----------|
| 05/18/2017 | 05/28/2017 | Bactrim Ds | 800 Mg-160 Mg | take 2 twice a day |

**MEDICATIONS STOPPED THIS ENCOUNTER**

**MEDICATIONS TO START AFTER TODAY'S DATE**

**Name:** Lyles,Andrew
**DOB** 02/11/1988
**Number:**  667516

**MICHIGAN DEPARTMENT OF CORRECTIONS**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

PATIENT:             Andrew Lyles
DATE OF BIRTH:       02/11/1988
DATE:                05/09/2017 2:27 PM
INMATE ID:           667516

---

## Administrative Progress Note

**Comments:**

Authorization #00620955

MCLAREN SECURE UNIT
COLONOSCOPY
JUNE 21ST, 2017 @ 0730

**Date:** 05/09/2017
**Time:** 2:27 PM
**User:** Amy M. Luchtman, RHIT

**Provider: Joshua A. Buskirk PA**

**Document generated by: Amy M. Luchtman, RHIT**

NAME: Lyles, Andrew T
D.O.B.: 02/11/1988
Inmate ID: 667516

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                        Andrew Lyles
DATE OF BIRTH:                  02/11/1988
DATE:                           04/21/2017 1:01 PM
VISIT TYPE:                     Provider Visit-unscheduled

**Chief Complaint/Reason for visit:**

This 29 year old male presents with ent.

**History of Present Illness**

**1.  ENT - Aphthous Ulcers Throat**

  Context: tonsils present.  There are no aggravating factors.  There are no relieving factors.  Associated symptoms include ear pain, nasal congestion, not drinking, not eating, rash and redness.  Additional information: Inmate with a 3 day history of thorat pain. Now also with ear pain. He found canker sores on the back of his throat. He denied any other complaints as this time.

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Tums | 300 Mg Calcium (750 Mg) | 150 | Take 1 by mouth 4 times a day as needed Kite for refills |

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 04/21/2017 | 12:36 PM | | 97.3 | 179.2 | 131/86 | 94 | 16 | 96 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|---|---|---|---|---|---|
| | | | | | Carla L. Gross, RN |

**Physical Exam**

**Nose / Mouth / Throat:**

External Nose: is unremarkable

Right Nares:  No discharge

Left Nares:  No discharge

Nasal Mucosa:  No mucosal abnormality

Lips/Teeth/Gums: Normal teeth and gums

Tongue: Normal tongue

Lyles, Andrew

667516

02/11/1988

1/{#_OF_PAGES}

Buccal Mucosa: Normal buccal mucosa

Salivary Glands: are normal

Breath Odor: No breath odor noted

Palate & Uvula: appear symmetric and normal

Oropharynx:   ulceration(s).

**Respiratory:**

Chest can be described as symmetric.  Lungs clear to auscultation.  Lungs clear to percussion.  There is no cough.  Respiratory effort is normal.

**Cardiovascular:**

Palpation | Percussion:  PMI normal.

Heart Sounds:  NL S1

Extra Sounds:  None.

Murmurs:  None.

Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.  JVD is absent.

**Assessment/ Plan**

**Herpes simplex** (054), Poor.

Plan comments:

Herpes Simplex-poor. Requested ACMO approval for Orabase and viscous lidocaine. Inmate treated with H2O2 and lidocaine. Will continue to follow in HC and as needed.

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 04/21/2017 | 05/05/2017 | triamcinolone acetonide 0.1 % lotion | 1 cc gargle with 1 cc peridex 3 times a day. DO NOT SWALLOW |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| completed | 04/21/2017 | -today | Diet plan includes Soft | | |
| ordered | | | Other: Mechanical Soft | | |
| ordered | | | Other: Mechanical Soft Diet | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 04/21/2017 | Continue current medication | |
| completed | 04/21/2017 | Reviewed medications | |
| completed | 04/21/2017 | Take new medication as prescribed | |
| completed | 04/21/2017 | Increase fluid intake | |

Lyles, Andrew

667516

02/11/1988

2/{#_OF_PAGES}

Page 35



# MICHIGAN DEPARTMENT OF CORRECTIONS

PATIENT:  Lyles, Andrew
LOCATION: SRF
PROVIDER: Sharon A. Oliver MD
CURRENT USER :Sharon A. Oliver, MD

## MEDICATION ORDERS

**NEW AND RENEWED MEDICATION ORDERS  03/10/2017 12:39 PM**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 03/10/2017 | 06/10/2017 | Tums | 300 Mg Calcium (750 Mg) | Take 1 by mouth 4 times a day as needed Kite for refills |

**MEDICATIONS STOPPED THIS ENCOUNTER**

**MEDICATIONS TO START AFTER TODAY'S DATE**

**Name:** Lyles,Andrew
**DOB** 02/11/1988
**Number:** 667516

Page 36

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                          Andrew Lyles
DATE OF BIRTH:                    02/11/1988
DATE:                             03/10/2017 12:24 PM
VISIT TYPE:                       Provider Visit-scheduled

## Chief Complaint/Reason for visit:

This 29 year old male presents with gastrointestinal.

## History of Present Illness

**1.  Gastrointestinal - Intermittent Rectal Bleed**

 Quality:  FOBT positive and BRBPR w/ bowel movement.  Associated symptoms include constipation.  Pertinent negatives include abdominal pain, bloating/distension, dysphagia, nausea, vomiting, anal itch, change in bowel habits, heartburn, loss of appetite, rectal pain, recent diarrhea, recent retching, rectal pain associated w/ bleeding, weight loss or diarrhea. Additional information: Inmate states the bleeding resolved after drinking lots of water, but resumed last month. He denies any further abdominal pain. He voiced no other complaints at this appointment.

Additional comments:

We reviewed past labs and x-rays that were in normal ranges.

## Review of Systems

**Respiratory:**

Negative for cough, dyspnea and wheezing.

**Cardiovascular:**

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**

Positive for:

- Rectal bleeding.

Negative for abdominal pain, constipation, diarrhea and vomiting.

See History of Present Illness.

**Genitourinary:**

Negative for polyuria.

**Metabolic/Endocrine:**

Negative for cold intolerance, heat intolerance, polydipsia and polyphagia.

**Musculoskeletal:**

Negative for bone/joint symptoms and muscle weakness.

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|----|-------|-------|---------------|--------------|
| 03/10/2017 | 12:26 PM | 76.0 | 183.2 | 97.4 | 131/75 | 58 | 12 | 98 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|--|-------------|
| | | | | | Sharon A. Oliver, MD |

**Physical Exam**

**Constitutional:** No apparent distress.  Well nourished and well developed.

**Respiratory:** Normal to inspection.  Lungs clear to auscultation and percussion.

**Cardiovascular:** Regular rhythm.  No murmurs, gallops, or rubs.

**Vascular:**

Pulses

Posterior tibial pulses: normal.

**Abdomen:**

Symmetric - no distention.  Bowel sounds present, no bruits.

There is no abdominal tenderness.

No hepatic enlargement.

No spleen enlargement.

Palpable mass is present.

There is a/an Tubular mass, it is diffuse.

**Extremities:**

Posterior tibial pulses: normal.

No edema is present.

No cyanosis.

No calf tenderness.

**Assessment/ Plan**

**GI Bleeding** (578.9), Fair.

, Fair.

Plan comments:

Intermittent Rectal Bleed-fair. Suspect internal hemorrhoids. Renewed Tums, Will continue to follow him in CCC and as needed. He agreed to this plan and will kite if problems occurred

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|------------|-----------|-----------------|----------|

Lyles, Andrew

667516

02/11/1988

2/{#_OF_PAGES}

Page 38



## MICHIGAN DEPARTMENT OF CORRECTIONS

# Lab Orders

---

**Patient Name:**      Andrew Lyles
**Housing Location:**  SRF , SRF
**Date of Birth:**     02/11/1988

| Diagnosis | Dx Code |
| --- | --- |
| GI Bleeding | (578.9) |

**Lab Studies**

| Status | Lab Code | Lab Study | Timeframe | Date |
| --- | --- | --- | --- | --- |
| Comments | | | | |
| ordered | AMY | Amylase, Serum | | 01/16/2017 |
| Fasting. | | | | |
| ordered | PHS2 | Comp Panel + CBC/Plt/Thyroid | | 01/16/2017 |
| Fasting. | | | | |
| ordered | CRPW | CRP (NON-CARDIAC) | | 01/16/2017 |
| Fasting. | | | | |
| ordered | LIPAS | Lipase, Serum | | 01/16/2017 |
| Fasting. | | | | |

**Ordered by:**   Sharon A. Oliver MD
**Date:**         01/11/2017 12:48 PM

Name:LylesAndrew
Inmate ID:667516
DOB:02/11/1988

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                    Andrew Lyles
DATE OF BIRTH:              02/11/1988
DATE:                       01/11/2017 12:48 PM
VISIT TYPE:                 Provider Visit-scheduled

**Chief Complaint/Reason for visit:**

This 28 year old male presents with gastrointestinal.

**History of Present Illness**

**1. Gastrointestinal - Rectal Bleed**

Quality:  BRBPR w/ bowel movement.  Associated symptoms include abdominal pain, change in bowel habits, weight loss and diarrhea.  Pertinent negatives include bloating/distension, constipation, dysphagia, nausea, vomiting, anal itch, heartburn, loss of appetite, rectal pain, recent diarrhea, recent retching or rectal pain associated w/ bleeding.  Additional information: Inmate continues to have LUQ pain and bleeding with BM. He states the pain is worsening despite taking protonix. He feels fatigued. He returned a FOBT-positive card. He denies any further compla

Additional comments:

We discussed the ATP of the GI Consult.

**Review of Systems**

**Respiratory:**

Negative for cough, dyspnea and wheezing.

**Cardiovascular:**

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**

Positive for:

- Abdominal pain.  Location LUQ.  This has been occurring for 2 months.  Frequency: all day per week.  Status: worsening. Associated symptoms include hematochezia.  Character: burning, knifelike and cramping.

- Rectal bleeding.

Negative for constipation, diarrhea and vomiting.

See History of Present Illness.

**Genitourinary:**

Lyles, Andrew

667516

02/11/1988

1/{#_OF_PAGES}

Negative for polyuria.

**Metabolic/Endocrine:**

Positive for:

- Weight loss.  Amount: 11.80 lbs. (5.36 kgs.).

Negative for cold intolerance, heat intolerance, polydipsia and polyphagia.

**Musculoskeletal:**

Negative for bone/joint symptoms and muscle weakness.

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2017 | 4:09 PM | 76.0 | 182.8 | 98.5 | 136/85 | 79 | 12 | 96 | |

| FiO2 | PeakFlow | Pain Score | Comments | Measured By |
|---|---|---|---|---|
| | | | | Sharon A. Oliver, MD |

## Physical Exam

**Constitutional:**

No acute distress. Well nourished. Overall appearance is chronically ill-appearing.

**Neck / Thyroid:**  Supple, without adenopathy, or enlarged thyroid.

**Respiratory:**  Normal to inspection.  Lungs clear to auscultation and percussion.

**Cardiovascular:**  Regular rhythm.  No murmurs, gallops, or rubs.

**Abdomen:**

Symmetric - no distention.

Auscultation characterized by hypoactive bowel sounds.

There is mild, soft and LUQ abdominal tenderness with guarding. There is no rebound.

No hepatic enlargement.

No spleen enlargement.

Negative for palpable masses.

**Extremities:**  Extremities appear normal. No edema or cyanosis.

## Assessment/ Plan

**GI Bleeding** (578.9), Poor.

Plan comments:

GI Bleeding-poor. Instructed inmate to return FOBT cards as completed. Increased protonix and added TUMS for further pain control. Will check fro Chronic Pancreatitis and inflammation. Will continue to follow the inmate in CCC and as needed. He agreed to these plans and will kite if problems occur

## Medications ordered this visit

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|

Lyles, Andrew

667516

02/11/1988

2/{#_OF_PAGES}

01/11/2017  02/10/2017  Tums 300 mg (750 mg) chewable tablet   Take 1 by mouth 4 times a day as needed
01/11/2017  02/10/2017  Protonix 40 mg tablet,delayed release     take one by mouth every day

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 12/22/2016 | 01/11/2017 | Protonix | 20 Mg | take one by mouth every day |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 01/20/2017 | | Chart Review/Update : Rectal Bleed - check labs | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 01/11/2017 | Change medication dose | |
| completed | 01/11/2017 | Take new medication as prescribed | |
| completed | 01/11/2017 | Increase fluid intake | |
| completed | 01/11/2017 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 01/11/2017 | Patient was reassured | |
| completed | 01/11/2017 | Follow exercise program | |
| completed | 01/11/2017 | Continue current medication | |
| completed | 01/11/2017 | Patient education provided and patient voiced understanding | |

**Lab Studies**

| Status Comments | Lab Code | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered | AMY | Amylase, Serum | | 01/16/2017 |
| Fasting. | | | | |
| ordered | PHS2 | Comp Panel + CBC/Plt/Thyroid | | 01/16/2017 |
| Fasting. | | | | |
| ordered | CRPW | CRP (NON-CARDIAC) | | 01/16/2017 |
| Fasting. | | | | |
| ordered | LIPAS | Lipase, Serum | | 01/16/2017 |
| Fasting. | | | | |

**Document generated by: Sharon A. Oliver, MD 01/11/2017 4:28 PM**

Lyles, Andrew
667516
02/11/1988
3/{#_OF_PAGES}

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                    Andrew Lyles
DATE OF BIRTH:              02/11/1988
DATE:                       12/22/2016 1:29 PM
VISIT TYPE:                 Provider Visit-scheduled

---

**Chief Complaint/Reason for visit:**

This 28 year old male presents with gastrointestinal.

**History of Present Illness**

**1.  Gastrointestinal - GI Bleed**

 Quality:  FOBT positive and BRBPR w/ bowel movement.  Associated symptoms include abdominal pain, bloating/distension, dysphagia, heartburn, recent diarrhea, weight loss and diarrhea.  Pertinent negatives include constipation, nausea, vomiting, anal itch, change in bowel habits, loss of appetite, rectal pain, recent retching or rectal pain associated w/ bleeding.  Additional information: Inmate lost 2 lbs. He complains of mid-epigastric pain after meals as well as continued LUQ pain. He states he has liquid stools 3-5 times a day, and every other day he has bleeding.

Additional comments:

Last FOBT was positive 3/3. Abdominal X-ray showed a normal abdomen. He voiced no other complaints at this appointment.

**Review of Systems**

**Respiratory:**

Negative for cough, dyspnea and wheezing.

**Cardiovascular:**

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**

Positive for:

- Bloating.

- Blood in stool.  This has been occurring for 3 month(s).  Frequency: 3x per week.  It is described as red.

- Diarrhea.  Frequency: 5-6x daily.  The severity is described as moderate.  Impaction: never.

- Heartburn.

Negative for abdominal pain, constipation and vomiting.

**MICHIGAN DEPARTMENT OF CORRECTIONS**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                Andrew Lyles
DATE OF BIRTH:     02/11/1988
DATE:                    12/20/2016 8:52 AM
INMATE ID:          667516

## Clinical Progress Note

**Comments:**
FOBT x 3 completed.  postitive x 3.  UNR MP chart review scheduled

**Date:**  12/20/2016
**Time:**  8:55 AM
**User:**  Carla L. Gross, RN

**Provider: Joshua A. Buskirk PA**

**Document generated by: Carla L. Gross, RN**

NAME:  Lyles, Andrew  L

D.O.B.:   02/11/1988

Inmate ID:  667516

Page 44



## MICHIGAN DEPARTMENT OF CORRECTIONS

PATIENT:  Lyles, Andrew
LOCATION: SRF
PROVIDER: Sharon A. Oliver MD
CURRENT USER :Sharon A. Oliver, MD

## MEDICATION ORDERS

### NEW AND RENEWED MEDICATION ORDERS  12/01/2016 3:13 PM

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 12/01/2016 | 12/15/2016 | Senna | 8.6 Mg | Take 2 by mouth 2 times a day |

### MEDICATIONS STOPPED THIS ENCOUNTER

### MEDICATIONS TO START AFTER TODAY'S DATE

**Name:** Lyles,Andrew
**DOB** 02/11/1988
**Number:** 667516

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:               Andrew Lyles
DATE OF BIRTH:         02/11/1988
DATE:                  11/17/2016 1:07 PM
VISIT TYPE:            Provider Visit-scheduled

## Chief Complaint/Reason for visit:

This 28 year old male presents with gastrointestinal.

## History of Present Illness

**1. Gastrointestinal**

Quality: FOBT positive, BRBPR w/ bowel movement and BRBPR w/out bowel movement. Associated symptoms include abdominal pain, bloating/distension, constipation and heartburn. Pertinent negatives include dysphagia, nausea, vomiting, loss of appetite, rectal pain, recent diarrhea, recent retching, rectal pain associated w/ bleeding, weight loss or diarrhea. Additional information: Inmate continues to have pain in LLQ. He has small hard stools with blood in toilet. He denies any other complaints at this appointment.

## Review of Systems

**Respiratory:**

Negative for cough, dyspnea and wheezing.

**Cardiovascular:**

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**

Negative for abdominal pain, constipation, diarrhea and vomiting.

**Genitourinary:**

Negative for polyuria.

**Metabolic/Endocrine:**

Negative for cold intolerance, heat intolerance, polydipsia and polyphagia.

**Musculoskeletal:**

Negative for bone/joint symptoms and muscle weakness.

Lyles, Andrew
667516
02/11/1988
1/{#_OF_PAGES}

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/2016 | 1:07 PM | 76.0 | 190.6 | 97.7 | 143/94 | 85 | 12 | 97 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|---|---|---|---|---|---|
| | | | | | Sharon A. Oliver, MD |

**Physical Exam**

**Constitutional:** No apparent distress.  Well nourished and well developed.

**Neck / Thyroid:** Supple, without adenopathy, or enlarged thyroid.

**Respiratory:** Normal to inspection.  Lungs clear to auscultation and percussion.

**Cardiovascular:** Regular rhythm.  No murmurs, gallops, or rubs.

**Abdomen:**

Symmetric - no distention.

Auscultation characterized by hypoactive bowel sounds.

There is mild, soft and LLQ abdominal tenderness with guarding.

No hepatic enlargement.

No spleen enlargement.

Negative for palpable masses.

**Rectum:**

Peri-rectal area normal to inspection and palpation.  No hemorrhoids, fissures or condylomata.  Normal sphincter tone.  Muscular ring appears normal.

Prostate appears normal.

Fecal occult blood test (FOBT) result was positive. Test administered by Sharon A. Oliver, MD.

Comments: Assisted by C. Bordeau, RN.

**Assessment/ Plan**

**Abdominal Pain** (789.0), Poor.

Plan comments:

Abdominal Pain-poor. Inmate scheduled for anoscopy. Will consider 407 if negative. He agrees to this plan and will kite if problems occur.

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 11/17/2016 | 12/17/2016 | Protonix 20 mg tablet,delayed release | take one by mouth every day |

**Office Labs**

| Status | Ordered | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|---|
| completed | 11/17/2016 | | | FOBT | | positive |

**Office Services**

Lyles, Andrew

667516

02/11/1988

2/{#_OF_PAGES}

Page 47

| Status | ApptDate | Timeframe | Order | | Reason | Interpretation |
|--------|----------|-----------|-------|--|--------|----------------|
| Value | | | | | | |
| ordered | 11/22/2016 | | Provider Visit : Anoscopy | | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|--------|-----------|-------|--------|
| completed | 11/17/2016 | Take new medication as prescribed | |
| completed | 11/17/2016 | Increase fluid intake | |
| completed | 11/17/2016 | Increase activity level | |
| completed | 11/17/2016 | Patient was reassured | |
| completed | 11/17/2016 | Follow exercise program | |
| completed | 11/17/2016 | Patient education provided and patient voiced understanding | |
| completed | 11/17/2016 | Reviewed diagnostic study results with patient | |

**Recurring Orders**

| Order | Frequency | Duration | End Date |
|-------|-----------|----------|----------|
| Blood stool quiac | 1 x day | 3 Days | 11/20/2016 |

**Lab Studies**

| Status | Lab Code | Lab Study | Timeframe | Date |
|--------|----------|-----------|-----------|------|
| Comments | | | | |
| ordered | 82270 | Blood stool quiac | | 11/17/2016 |
| completed | 82272 | FOBT | | |

**Document generated by: Sharon A. Oliver, MD 11/17/2016 8:46 PM**

Lyles, Andrew

667516

02/11/1988

3/{#_OF_PAGES}

Page 48

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT:                    Andrew Lyles
DATE OF BIRTH:              02/11/1988
DATE:                       11/10/2016 9:15 AM
VISIT TYPE:                 Provider Visit-scheduled

---

**Chief Complaint/Reason for visit:**

This 28 year old male presents with gastrointestinal.

**History of Present Illness**

**1. Gastrointestinal - Rectal Bleed**

Quality:  FOBT positive and BRBPR w/ bowel movement.  Abnormality: NSAID use.  Associated symptoms include abdominal pain and bloating/distension.  Pertinent negatives include constipation, dysphagia, nausea, vomiting, anal itch, change in bowel habits, heartburn, loss of appetite, rectal pain, recent diarrhea, recent retching, rectal pain associated w/ bleeding or weight loss.  Additional information: Inmate states he's been having abdominal pain for the past 3 weeks with occassional BRB with BM. 3 days ago he had persistant pain and a large amount of BRB with BM.

Additional comments:

He states that the pain is not as bad as previous, but is still present. FOBT negative on 11/7/16. FOBT positive on 11.8.16 and 11/9/16. He denies any other complaints at this appointment.

**Review of Systems**

**Respiratory:**

Negative for cough, dyspnea and wheezing.

**Cardiovascular:**

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**

Positive for:

- Abdominal pain.
- Bloating.
- Rectal bleeding.

Negative for constipation, diarrhea, fecal incontinence, hemorrhoids and vomiting.

See History of Present Illness.

**Genitourinary:**

Negative for polyuria.

**Metabolic/Endocrine:**

Negative for cold intolerance, heat intolerance, polydipsia and polyphagia.

**Musculoskeletal:**

Negative for bone/joint symptoms and muscle weakness.

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 11/10/2016 | 9:16 AM | 76.0 | 194.6 | 97.6 | 145/83 | 70 | 12 | 97 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|--|-------------|
| | | | | | Sharon A. Oliver, MD |

**Physical Exam**

**Constitutional:**  No apparent distress.  Well nourished and well developed.

**Respiratory:**  Normal to inspection.  Lungs clear to auscultation and percussion.

**Cardiovascular:**

Palpation | Percussion:  PMI normal.

Heart Sounds:  NL S1, NL S2.

Extra Sounds:  None.

Murmurs:  None.

Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.

JVD is absent. See also extremities. No edema is present.

**Vascular:**

Pulses

Posterior tibial pulses: normal.

**Abdomen:**

Symmetric - no distention.  Normal abdominal muscles.

Auscultation characterized by hypoactive bowel sounds.

, thickening.

There is mild, lower and LLQ abdominal tenderness with guarding.

No hepatic enlargement.

No spleen enlargement.

Negative for palpable masses.

**Extremities:**

Posterior tibial pulses: normal.

No edema is present.

No cyanosis.

No calf tenderness.

Lyles, Andrew

667516

02/11/1988

2/{#_OF_PAGES}

**Assessment/ Plan**

**Abdominal Pain** (789.0), Poor.

Plan comments:

1. Abdominal Pain-fair. Will evaluate x-ray of the abdomen and labs when available. Consider GI consult. Will continue to follow him in HC and as needed. He agrees to this plan and will kite if problems occur.

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| ordered | 11/17/2016 | | MP F/U Routine : review x-ray and labs. Reason:Pain, rectal bleed. Possible 407 | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 11/10/2016 | Increase fluid intake | |
| completed | 11/10/2016 | Discussed risk/ benefits/ side effects of treatment | |
| completed | 11/10/2016 | Patient was reassured | |
| completed | 11/10/2016 | Follow exercise program | |

**To be scheduled/ordered**

| Status Order | Reason | Assessment Timeframe | Appointment | |
|---|---|---|---|---|
| completed 11/10/2016 | X-ray exam of abdomen, complete | Pain, rectal bleed | 789.0 | |

**Lab Studies**

| Status Comments | Lab Code | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| ordered Fasting. | PHS2 | Comp Panel + CBC/Plt/Thyroid | | 11/11/2016 |

**Document generated by: Sharon A. Oliver, MD 11/10/2016 5:39 PM**

Lyles, Andrew

667516

02/11/1988

3/{#_OF_PAGES}

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE:  SRF**
**COMPLETED BY:  Carla L. Gross, RN        11/07/2016 1:09 PM**

**Patient Name:** Andrew Lyles
**DOB:** 02/11/1988
**ID#:**  667516

**Patient presenting with chief complaint(s)of: Gastrointestinal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/2016 | 1:09 PM | 98.1 | 57 | | 18 | | 141/84 | 98 | | 192.00 |

**EMERGENCY NURSING ABDOMINAL PAIN**

**Subjective:**
Comments:  lower abd pain started 3 wks ago (on & off) w/ occasional blood in stool.  Today had large amount bright red blood.  Lower abd pain continues. no n/v.  eating/drinking. no pain w/ urination

**Objective:**

| | |
|---|---|
| **Distress** | no acute distress |
| **Orientation** | alert |
| **Skin exam** | warm |
| | dry |

**Abdomen Exam**

Comments  VSS afebrile   Urine= yellow w/ 1+ ketones.  Negative blood/WBC's.  Abd soft w/ minimal tenderness LLQ.  no protrusions/ swelling.   negative blood /  external hemorrhoids/tears present  MP notified.  VO:  FOBT

**Assessment:  Abdominal pain**

**Plan:**
**Notifications:**
**Physician**
Joshua Buskirk

NAME:  Lyles, Andrew J
NUMBER:  667516
D.O.B.:  02/11/1988