# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  LCF**
**COMPLETED BY:  Kaelynn R. Pfeil        (02/27/2018 11:17 AM) 03/16/2018 11:33 AM**

**Patient: Andrew  Lyles                         ID#:  667516        DOB: 02/11/1988**

Off-site                                                                   Reference #:
Routine                                                                    Date of Request:  02/27/2018
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Infliximab Infusions q 8 weeks (2 weeks) approve for 5

**Specialty Service Requested:** Emergency Services

**Provider:** DWH
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**

| | |
|---|---|
| Colitis, ulcerative | 556 |
| Anemias, iron deficiency | 280 |

**Signs & Symptoms:**                                    **Date of Onset:**
30 year-old AA male diagnosed with severe Ulcerative Colitis around May of 2017. Patient receives Infliximab infusions every 8 weeks at DWH. Last Infusion Nov 2017. Reports intermittent blood in stool.  Pertinent negatives include abdominal fullness, abdominal pain, arthritic manifestations, pain after eating or painful defecation. NKDA. WT 201 pounds, temp 97.2, blood pressure 133/78, pulse 69 and respiratory rate 16. Physical exam reveals pale-appearing AA male in no acute distress. Sclera

**Lab & Xray Data**
anicteric. Lungs clear to auscultation. Heart: Regular rhythm.  No murmurs, gallops or rubs. No abdominal bruits. Bowel sounds present. No bruits. Normal percussion. Soft, nontender with  no organomegaly. Integument pale, warm and dry. No motor weakness.  Balance and gait intact. Gait and balance intact.

**Enrolled in Chronic Care Clinic(s)?** Yes

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc | |
|---|---|---|---|---|
| 11/13/2017 | 11/13/2018 | dexamethasone 10 mg/mL injection solution | DWH ER PRE INFUSION MED | 4 MGS IV X 1 |
| 11/13/2017 | 11/13/2018 | diphenhydramine 50 mg/mL injection solution | DWH ER PRE INFUSION MED 50 MG IV X 1. | |

NAME: Lyles, Andrew C
NUMBER:  667516
D.O.B.:  02/11/1988

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: LCF**
**COMPLETED BY: Kaelynn R. Pfeil      (02/27/2018 11:17 AM) 03/16/2018 11:33 AM**

REPEAT PRN X 1

01/06/2018  04/04/2018  Pain Relief Regular Strength 325 mg tablet          2 BID prn

03/01/2018  06/28/2018  Calcium Antacid 200 mg calcium (500 mg) chewable tablet          Chew 1-2 TID PRN

03/01/2018  06/28/2018  Colazal 750 mg capsule                    3 tablets three times a day

03/01/2018  06/28/2018  ferrous sulfate 325 mg (65 mg iron) tablet 1 tab po BID

03/01/2018  06/28/2018  Inflectra 100 mg intravenous solution      5 mg per kg body WT given IV  every 8 weeks at DWH. Last dose 11-13-17. ePA REM-0588

ACMO approved 18 Oct 2017 (keep refrigerated)

03/01/2018  06/28/2018  Juven 7 gram-7 gram-1.5 gram oral powder packet          one package orally twice daily ACMO approved 9/28/17  RML

03/01/2018  06/28/2018  Vitamin B-12 1,000 mcg/mL injection solution      Inject IM weekly for 4 weeks Nurse to inject

03/13/2018  06/11/2018  prednisone 20 mg tablet                    Take one by mouth with the 5 mg tab once daily every morning

03/13/2018  06/11/2018  prednisone 5 mg tablet                    Take one by mouth with the 20 mg tab once daily every morning

**Comments** ACMO request sent for Infliximab 5 mg/kg body weight q 8 weeks.

**Site Medical Provider:** Margaret Ouellette PA                    02/27/2018

---

**(For UM use only)**

**Criteria Source:  M & R          Interqual          Other**
**Criteria met:  Yes          No   X      Deferred**

**Reviewer comments:  ATP:  Medical necessity not demonstrated at this time.  An ACMO approval ia all you need for transportation.**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:   Papendick, Keith, MD**

NAME: Lyles, Andrew C
NUMBER:  667516
D.O.B.:  02/11/1988