**Ian Cross <ian@lawinannarbor.com>**

## RE: FOIA #21-585 - Final Response & Records

**Brown, Barbara (MDOC)** <BROWNB38@michigan.gov>                Wed, Nov 17, 2021 at 10:25 AM
To: "ian@lawinannarbor.com" <ian@lawinannarbor.com>

Good Morning,

Please see attached. Your request has been completed and the records are enclosed.

Thank you,

Barbara Brown

FOIA Analyst/Assistant Coordinator

MDOC | Office of Legal Affairs
Email | BrownB38@michigan.gov

---

**5 attachments**

📄 **21-585 Final Response Signed.pdf**
   396K

📄 **Exemptions.pdf**
   92K

📄 **FOIA 21-585_Redacted.pdf**
   28323K

📄 **Checks for processing 21-585 (#1).pdf**
   176K

📄 **Checks for processing 21-585 (#2).pdf**
   320K

Exhibit K, Page 1

## Rivard, Caleb (MDOC)

| | |
|---|---|
| **From:** | Papendick, Keith (MDOC-Contractor) |
| **Sent:** | Tuesday, November 15, 2016 7:39 PM |
| **To:** | Cole, Jenda (MDOC); Minor, Lori (MDOC-Contractor); Pfeil, Kaelynn (MDOC-Contractor); Tipton, Samantha (MDOC-Contractor) |
| **Subject:** | FW: ██████████ |
| **Attachments:** | NGNOTE |

ATP: Medical necessity not demonstrated at this time. With a diagnosis already made, general surgery consult would be considered if there is an ADL deficit or risk to life and limb.

-----Original Message-----
From: Delbeke, Karen (MDOC-Contractor)
Sent: Tuesday, November 15, 2016 5:45 PM
To: MDOC-NXG-STF-W-407
Subject: ██████████

1

Exhibit K, Page 2

## Rivard, Caleb (MDOC)

**From:** Papendick, Keith (MDOC-Contractor)
**Sent:** Tuesday, November 15, 2016 8:04 AM
**To:** Farris, Kim (MDOC)
**Subject:** FW: ███████████
**Attachments:** NGNOTE

I have emailed you numerous times. A pea sized lesion that is not intratesticular is not considered cancerous nor will it be approved for consult or surgery unless medical necessity is met. I am assuming you want me to ATP this rather than you cancelling it.

Keith Papendick M.D.
Utilization Management Outpatient Medical Director

Quality Correctional Care of MI, P.C.

Office: ███████
Fax: ███████
E-mail: Keith.Papendick@Corizonhealth.com
6452 Millenium Drive | Suite 100 | Lansing, Mi. 48917 www.corizonhealth.com

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Tuesday, November 15, 2016 8:00 AM
To: Farris, Kim (MDOC)
Subject: ███████████

Please call at ███████████

1

Exhibit K, Page 3

**Rivard, Caleb (MDOC)**

| | |
|---|---|
| **From:** | Papendick, Keith (MDOC-Contractor) |
| **Sent:** | Tuesday, November 22, 2016 11:13 AM |
| **To:** | Syed, Ayesha (MDOC-Contractor) |
| **Subject:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Attachments:** | NGNOTE |

Are these subcutaneous and what is ADL deficit or risk to loss of life or limb?

1

Exhibit K, Page 4

**Rivard, Caleb (MDOC)**

| | |
|---|---|
| **From:** | Papendick, Keith (MDOC-Contractor) |
| **Sent:** | Tuesday, November 22, 2016 12:04 PM |
| **To:** | Syed, Ayesha (MDOC-Contractor) |
| **Subject:** | RE: ███████████ |

You have described a lipoma and would will not be approved for ultrasound.

Keith Papendick M.D.
Utilization Management Outpatient Medical Director

Quality Correctional Care of MI, P.C.

Office: ███████████
Fax: ███████████
E-mail: Keith.Papendick@Corizonhealth.com
6452 Millenium Drive | Suite 100 | Lansing, Mi. 48917 www.corizonhealth.com

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

-----Original Message-----
From: Syed, Ayesha (MDOC-Contractor)
Sent: Tuesday, November 22, 2016 12:01 PM
To: Papendick, Keith (MDOC-Contractor)
Subject: RE: ███████████

It is subcutaneous mass. Some sleep disturbance r/t to pain.

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Tuesday, November 22, 2016 11:13 AM
To: Syed, Ayesha (MDOC-Contractor)
Subject: ███████████

Are these subcutaneous and what is ADL deficit or risk to loss of life or limb?

1

Exhibit K, Page 5

## Rivard, Caleb (MDOC)

| | |
|---|---|
| **From:** | Papendick, Keith (MDOC-Contractor) |
| **Sent:** | Monday, November 28, 2016 7:18 PM |
| **To:** | 'Gill, Mason'; 'eugene.mitchell@corizonhealth.com' |
| **Subject:** | FW: ▮▮▮▮▮▮▮ |

Dr. Narkiewicz repaired a hernia and removed a mass both of which were not approved. The surgeries approved were removal of a lesion near the eye and a skin lesion on the shoulder. The hernia and mass removal should not be paid for. This is a general surgeon with Allegiance general surgery. There was a consult before the surgery request and approval and the following is what was requested and approved. "inferior r eye lesion bx and excision of r shoulder lesion".

-----Original Message-----
From: Kakani, Savithri (MDOC-Contractor)
Sent: Monday, November 28, 2016 5:09 PM
To: Papendick, Keith (MDOC-Contractor)
Subject: RE: ▮▮▮▮▮▮▮

Dr Lawrence narkiewicz ,jr,md henry ford allegiance savi

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Monday, November 28, 2016 4:55 PM
To: Kakani, Savithri (MDOC-Contractor)
Subject: RE: ▮▮▮▮▮▮▮

Were there approvals for 407 for all the surgeries they completed??

-----Original Message-----
From: Kakani, Savithri (MDOC-Contractor)
Sent: Monday, November 28, 2016 4:43 PM
To: Papendick, Keith (MDOC-Contractor)
Subject: ▮▮▮▮▮▮▮

▮▮▮▮▮

Dr Papendick
Pt was supposed to have lesion removed on the face but was not done by surgery consultant .instead they removed mass and repaired small hernia ,and the shoulder lesion was removed,pt told me that it was too close to the eye and they did not want to do .please advise.pt has hx of bcc savi

1

## Rivard, Caleb (MDOC)

| | |
|---|---|
| **From:** | Papendick, Keith (MDOC-Contractor) |
| **Sent:** | Tuesday, November 29, 2016 11:56 AM |
| **To:** | McNamara, James M. (MDOC) |
| **Subject:** | RE: ▓▓▓▓▓▓ |

Still not convinced.

-----Original Message-----
From: McNamara, James M. (MDOC)
Sent: Tuesday, November 29, 2016 10:37 AM
To: Papendick, Keith (MDOC-Contractor)
Subject: RE: JAMES A. FOX

Yes. Pt is aware of lifting restrictions and obeys them. He is on a bowel regimen to prevent constipation straining. He does not request pain medications beyond Tylenol. When the hernia protrudes he is in extreme pain and has had 4 hospital visits in the last month as we are not able to reduce it here. It seems cost effective to have it repaired.

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Tuesday, November 29, 2016 10:33 AM
To: McNamara, James M. (MDOC)
Subject ▓▓▓▓▓▓

MDOC approves surgery for irreducible or scrotal hernias. Since this is reduced, are you requesting special dispensation? Pt. should limit all lifting and restrict weight pit use.

1

Exhibit K, Page 7

**Rivard, Caleb (MDOC)**

___

**From:**       Papendick, Keith (MDOC-Contractor)
**Sent:**       Monday, November 28, 2016 5:05 PM
**To:**         Kakani, Savithri (MDOC-Contractor)
**Subject:**    RE: ███████████

Who is this surgeon and what makes him or her think they are approved to remove a mass other than the shoulder lesion or repair a hernia. Neither of these were requested or approved and will not be paid for.

-----Original Message-----
From: Kakani, Savithri (MDOC-Contractor)
Sent: Monday, November 28, 2016 4:43 PM
To: Papendick, Keith (MDOC-Contractor)
Subject: ███████████

███████████

Dr Papendick
Pt was supposed to have lesion removed on the face but was not done by surgery consultant .instead they removed mass and repaired small hernia ,and the shoulder lesion was removed,pt  told me that it was too close to the eye and they did not want to do .please advise.pt has hx of bcc savi

1

Exhibit K, Page 8

## Rivard, Caleb (MDOC)

| | |
|---|---|
| **From:** | Papendick, Keith (MDOC-Contractor) |
| **Sent:** | Wednesday, November 09, 2016 2:55 PM |
| **To:** | Dalton, Jennifer (MDOC) |
| **Subject:** | RE: ██████████ *Not Quite Urgent, but yet Not Routine* |

Was the authorization used and billed toward the authorization number? If the patient was seen by the physician, the auth will be billed against. If not the authorization would be usable. If used, a new 407 would be necessary.

---

**From:** Dalton, Jennifer (MDOC)
**Sent:** Wednesday, November 09, 2016 10:01 AM
**To:** Papendick, Keith (MDOC-Contractor)
**Cc:** Willingham, Lisa (MDOC)
**Subject:** ██████████ *Not Quite Urgent, but yet Not Routine*

Good Morning Dr. Papendick,

Ok, so here is where we are at with him. After his previously approved parathyroidectomy was approved locally, UM pulled approval d/t surgeon requiring a 23 hr stay. We were told to find someone local to McLaren/Allegiance. (When our H.I.M. asked who to contact we were told to look in the yellow pages.) So our H.I.M. found HFA ENT in Jackson. The repeat consult was approved and he was seen. I got the return paperwork which states, "Recommend removal of parathyroid adenoma as definitive surgical treatment (we knew that-it was previously approved). *I do not have privileges for parathyroid surgery. Please refer to otolaryngologist or general surgeon with privileges to perform parathyroid surgery*."

So now we are in the unenviable position of having to get YET ANOTHER consult. Fortunately for us, the patient has been inordinately patient with this process considering :
- 1.) he was transferred to us right after preliminary imaging studies indicated possible adenoma,
- 2.) he has waited through further imaging studies to confirm need for referral for surgery,
- 3.) he completed the first surgical consult,
- 4.) he was scheduled-then canceled-for surgery,
- 5.) he completed the second consult, and now
- 6.) it appears he will have to endure a *third* consult before he can be scheduled, again, for surgery to have this issue taken care of.

The fact that we haven't seen a grievance on this is nothing short of miraculous.

Lisa (our H.I.M.) found Lansing Surgical Associates-which *hopefully* can provide us the service that we need. Do I need to submit another 407 for surgical consult?

Thanks,
*Jennifer Dalton,* FNP-BC
Oaks Correctional Facility
(231) 723-8272 ext. ██████

*"You are a Child of the Universe, no less than the Trees and Stars. You have a right to be here. Whether or not it is clear to you, no doubt the Universe is unfolding as it should." ~ Desiderata*

1

Exhibit K, Page 9