UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW LYLES,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH PAPENDICK, M.D.,<br><br>    Defendant. | Case No. 2:19-cv-10673<br>Honorable Laurie J. Michelson |

**NOTICE OF TELEPHONE CONFERENCE**

On May 5, 2022 at 10:00 a.m., the Court will hold a telephone status conference in this matter.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

Dated: April 19, 2022

                              s/Erica Parkin
                              Case Manager to
                              District Judge Laurie J. Michelson
                              (313) 234-5095