UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LYLES,

    Plaintiff,

v.

KEITH PAPENDICK,

    Defendant.

_____/

Case No. 19-10673
District Judge Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

### NOTICE OF SETTLEMENT CONFERENCE VIA ZOOM

A SETTLEMENT CONFERENCE in the above-entitled case has been set for September 7, 2022 at 10:00 A.M. before U.S. Magistrate Judge Kimberly G. Altman via Zoom. CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE.

The parties shall submit concise confidential statements, **not to exceed five (5) pages**, summarizing their respective position(s) on the case and the history of all settlement negotiations.

Each party's confidential statement should be emailed to chambers efile_altman@mied.uscourts.gov **by August 31, 2022,** and **is not to be filed with**

**the Court or placed on the docket**.  The Zoom Information will be sent separately.

s/Kimberly G. Altman
KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Dated:  June 8, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 8, 2022 by electronic and/or ordinary mail.

s/Carolyn M. Ciesla
Carolyn M. Ciesla
Case Manager