UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LYLES,

    Plaintiff,

v.

KEITH PAPENDICK,

    Defendant.

Case No. 19-10673
Honorable Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

## TRIAL SCHEDULING ORDER

Following rulings by this Court on dispositive motions and unsuccessful settlement conferences, this case is ready for trial. The case has been placed on the following trailing docket with one other case and the parties should be ready to proceed to trial pursuant to these dates should the other case not go forward:

| EVENT[1] | DEADLINE |
| --- | --- |
| Motions *in Limine* | November 7, 2022 |
| Responses to Motions *in Limine* | November 14, 2022 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) (*See* § 11 of Case Management Requirements) [final pretrial order, joint jury instructions and verdict form, proposed voir dire, joint one-paragraph summary of the case] | November 22, 2022 |
| Final Pretrial Conference | November 28, 2022 at 1:00 p.m. |
| Jury Selection | December 1, 2022 at 8:30 a.m. |

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

| Jury Trial | December 2, 2022 at 8:30 a.m. |
|---|---|
| Estimated Length of Trial | 7 days (8:30 a.m. to 1:30 p.m.) |

The parties are directed to this Court's Case Management Requirements and, in particular, the pre-trial and trial requirements.

SO ORDERED.

Dated: September 8, 2022

s/Laurie J. Michelson<br>
LAURIE J. MICHELSON<br>
UNITED STATES DISTRICT JUDGE