IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Andrew Lyles, #667516

    Plaintiff,

v.

Papendick et al

    Defendants,

Case No.: 2:19-cv-10673
District Judge: Laurie J. Michelson
Magistrate Judge: Patricia T. Morris

| | |
|---|---|
| LAURENCE H. MARGOLIS P.C.<br>Ian Cross (P83367)<br>Attorney for Plaintiff<br>214 S. Main St., Suite 200<br>Ann Arbor, MI 48104<br>(734) 994-9590<br>ian@lawinannarbor.com<br><br>Michigan Dept. of Attorney General<br>Jennifer A. Foster (P75947)<br>Attorney for MDOC Defendants<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>fosterj15@michigan.gov | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)<br>Devlin Scarber (P64532)<br>Jeffrey Bomber (P85407)<br>Attorneys for Keith Papendick, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com |

## APPEARANCE OF COUNSEL ON BEHALF OF KEITH PAPENDICK, M.D.

**TO: CLERK OF THE COURT**

    NOW COMES the law firm of CHAPMAN LAW GROUP, represented by RONALD W. CHAPMAN SR., M.P.A., LL.M., and hereby gives notice of his appearance on behalf of the Defendant KEITH PAPENDICK, M.D.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated:  September 9, 2022

/s/Ronald W. Chapman Sr.
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Attorney for Keith Papendick, M.D.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com

**PROOF OF SERVICE**

I hereby certify that on September 9, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

/s/Ronald W. Chapman Sr.
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com