UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LYLES,

    Plaintiff,

v.

KEITH PAPENDICK,

    Defendant.

Case No. 19-10673
Honorable Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

## AMENDED TRIAL SCHEDULING ORDER

Following rulings by this Court on dispositive motions and unsuccessful settlement conferences, the Court issued a trial schedule for this case. (*See* ECF No. 80.) Those dates conflicted with another trial that defense counsel had scheduled, however, so the Court granted Defendant's unopposed motion to adjourn. (ECF No. 83.) It now issues the following amended trial schedule:

| EVENT[1] | DEADLINE |
| --- | --- |
| Motions *in Limine* | February 2, 2023 |
| Responses to Motions *in Limine* | February 9, 2023 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) (*See* § 11 of Case Management Requirements) [final pretrial order, joint jury instructions and verdict form, proposed voir dire, joint one-paragraph summary of the case] | February 16, 2023 |
| Final Pretrial Conference | February 23, 2023 at 10 a.m. |

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

2

| Jury Trial | **March 1, 2023 at 8:30 a.m.** |
|---|---|
| Estimated Length of Trial | 8 days (8:30 a.m. to 1:30 p.m.) |

The parties are directed to this Court's Case Management Requirements and, in particular, the pre-trial and trial requirements.

Dated: September 30, 2022

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE