UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LYLES,

    Plaintiff,

v.

KEITH PAPENDICK,

    Defendant.

Case No. 19-10673
Honorable Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

## TRIAL SCHEDULING ORDER

Following the lifting of the bankruptcy stay, and the Court having previously ruled on dispositive motions, this case is ready for trial. The Court enters the following schedule to manage the remaining progress of the case:

| EVENT[1] | DEADLINE |
|---|---|
| Motions *in Limine* | June 2, 2025 |
| Responses to Motions *in Limine* | June 9, 2025 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) (*See* § 11 of Case Management Requirements) | June 23, 2025 |
| Final Pretrial Conference | July 1, 2025, at 10 a.m. |
| Jury Selection | July 10, 2025 at 8:30 a.m. |
| Jury Trial | July 14, 2025 at 8:30 a.m. |
| Estimated Length of Trial | 6 days (8:30 a.m. to 1:30 p.m.) |

The parties are directed to this Court's Case Management Requirements and, in particular, the pre-trial and trial requirements.

SO ORDERED.

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

Dated: April 28, 2025

                                      <u>s/Laurie J. Michelson</u>
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE