IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ANDREW LYLES, #667516

    Plaintiff,

v.

PAPENDICK, *et al.*

    Defendants,

Case No.: 2:19-cv-10673
District Judge: Laurie J. Michelson
Magistrate Judge: Kimberly Altman

| Laurence H. Margolis, PC | HACKNEY ODLUM & DARDAS |
|---|---|
| Ian Cross (P83367) | Thomas G. Hackney (P81283) |
| 214 S. Main St., Ste. 200 | Connor A. McLaughlin (P83229) |
| Ann Arbor, MI 48104 | *Attorneys for Keith Papendick, MD* |
| (734) 994-9590 | 10850 E. Traverse Hwy, Ste 4440 |
| ian@lawinannarbor.com | Traverse City, MI 49684 |
| | (231) 642-5026 |
| | thackney@hodlawyers.com |
| | cmclaughlin@hodlawyers.com |

## STIPULATION AND ORDER STAYING CASE

On May 23, 2025, Defendant Keith Papendick filed a Motion to Stay this case while certain newly filed matters that affect this case are litigated in the Tehum Care Services, Inc. bankruptcy proceeding (SD-TX 23-90086). Plaintiff, through counsel, concurs in Defendant's request for a stay. The Parties, Plaintiff Andrew Lyles and Defendant Papendick, by and through undersigned counsel, hereby stipulate to an Order staying this proceeding until further notice from the Parties.

THEREFORE, it is ordered that this case is STAYED until such time as the Parties jointly request the stay be lifted.

IT IS SO ORDERED

Dated: May 27, 2025                    s/Laurie J. Michelson
                                       Hon. Laurie J. Michelson
                                       United States District Judge

*Approved as to form and content:*     HACKNEY ODLUM & DARDAS

Dated: May 23, 2025                    By:_____
                                       Thomas G. Hackney (P81283)
                                       Attorney for Defendant Papendick


                                       LAURENCE H. MARGOLIS, PC

Dated: May 23, 2025                    By: /s/ Ian Cross
                                       Ian Cross, (P83367)
                                       Attorney for Plaintiff