UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW LYLES, <br><br> Plaintiff, <br><br> v. <br><br> KEITH PAPENDICK, <br><br> Defendant. | Case No. 19-10673 <br> Honorable Laurie J. Michelson |

## TRIAL SCHEDULING ORDER

Following the lifting of the bankruptcy stay and post-bankruptcy plan motions, and the Court having previously ruled on dispositive motions, this case is ready for trial. The Court enters the following schedule to manage the remaining progress of the case:

| EVENT[1] | DEADLINE |
|---|---|
| Motions *in Limine* | March 9, 2026 |
| Responses to Motions *in Limine* | March 16, 2026 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) (*See* § 11 of Case Management Requirements) | April 3, 2026 |
| Final Pretrial Conference | April 8, 2026, at 10 a.m. |
| Jury Trial | April 14, 2026, at 8:30 a.m. |
| Estimated Length of Trial | 6 days (8:30 a.m. to 1:30 p.m.) |

The parties are directed to this Court's Case Management Requirements and, in particular, the pre-trial and trial requirements.

SO ORDERED.

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

Dated: January 15, 2026

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE