UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW LYLES,

    Plaintiff,

v.

KEITH PAPENDICK,

    Defendant.

Case No. 19-10673
Honorable Laurie J. Michelson

## ORDER REJECTING STIPULATION TO ADJOURN TRIAL

Andrew Lyles alleges that Dr. Keith Papendick was deliberately indifferent to his medical needs while he was incarcerated within the Michigan Department of Corrections. Following a substantial discovery period, dispositive motions, unsuccessful settlement efforts, and a lengthy bankruptcy proceeding involving Papendick's employer, this seven-year-old case is ready for trial on April 14, 2026. The final pretrial conference is scheduled for April 8, 2026, and the parties' final pretrial order and other pretrial submissions were due on April 3, 2026. (ECF No. 106.)

Rather than file their timely pretrial submissions, the parties submitted a proposed stipulation and order to adjourn the trial. In a separate prisoner civil rights trial, a jury verdict was entered against Dr. Papendick on April 2, 2026, for $7.5 million in compensatory damages and $100,000 in punitive damages. (*Id.*) This, says the parties, "exceeds Dr. Papendick's assets" such that he "intends to file for bankruptcy as soon as practicable." (*Id.*) That may be. And if such a filing does occur,

the parties are correct that there would be an automatic stay under 11 U.S.C. § 362. But there has been no bankruptcy filing and there is no bankruptcy stay in place now. And without it, the Court is not adjourning the trial again.

The parties shall submit their pretrial submission no later than noon on April 7, 2026.

IT IS SO ORDERED.

Dated: April 6, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge

2